B1 (Official Form 1) (04/13)

| **UNITED STATES BANKRUPTCY COURT** <br> District of Delaware | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Constar International Holdings LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual Taxpayer I.D. (ITIN)/Complete EIN <br> (if more than one, state all): <br> 45-2441880 | Last four digits of Soc. Sec. or Individual Taxpayer I.D. (ITIN)/Complete EIN <br> (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State & Zip Code): <br> 1100 Northbrook Drive <br> Trevose, Pennsylvania <br> ZIP CODE: 19053 | Street Address of Debtor (No. and Street, City, State & Zip Code): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> Bucks | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
 *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending.

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach singed application for the court's consideration. See Official Form 3B

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.*
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

\* Distribution cannot be known at this time.    \*\* Estimated creditors, assets, and liabilities are on a consolidated basis with other affiliated Debtors.

B1 (Official Form 1) (04/13)                                                        Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Constar International Holdings LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: **N/A** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>See attached Annex A | Case Number:<br>As assigned | Date Filed: |
| District:<br>District of Delaware | Relationship:<br>Affiliate | Judge:<br>As assigned |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  _____<br>     Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                                    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Constar International Holdings LLC** |
|---|---|

| **Signatures** | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    Telephone Number (if not represented by attorney)

    Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

    (Signature of Foreign Representative)

    (Printed Name of Foreign Representative)

    Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X _____
    Signature of Attorney for Debtor(s)

Robert S. Brady
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

December 19, 2013

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual    *Louis Imbrogno Jr*
    Louis Imbrogno
    Printed Name of Authorized Individual
    Chief Executive Officer and President
    Title of Authorized Individual
    December 9, 2013
    Date

Address
_____

X _____
    Signature

    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSTAR INTERNATIONAL | ) | |
| HOLDINGS LLC, | ) | Case No. 13 - _____ (   ) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Annex A**

**AFFILIATED ENTITIES**

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) have filed for relief under chapter 11 of title 11 of the United States Code in this Court.  Contemporaneously with the filing of these petitions, such entities have filed a motion for joint administration of their chapter 11 cases.

> Constar International Holdings LLC
> Constar Group Holdings, Inc.
> Constar Intermediate Holdings, Inc.
> Constar Group, Inc.
> Constar International LLC
> BFF Inc.
> DT, Inc.
> Constar, Inc.
> Constar Foreign Holdings, Inc.
> Constar International U.K. Limited

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSTAR INTERNATIONAL | ) | |
| HOLDINGS LLC, | ) | Case No. 13 - _____ ( ) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### LIST OF DEBTOR'S EQUITY SECURITY HOLDERS
### IN ACCORDANCE WITH BANKRUPTCY RULE 1007

#### Class A Common Units[1]

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Sola Ltd.<br>c/o Solus Alternative Asset Mgmt LP,<br>Attn: Operations<br>410 Park Avenue, 11th Floor<br>New York, NY 10022 | 249,923.205 units<br><br>(23.51%) |
| Embassy & Co. FBO Black Diamond International Funding Ltd.<br>Attn: Daniel Harding<br>1555 N River Center Drive, Suite 302<br>Milwaukee, WI 53212 | 154,820.080 units<br><br>(14.56%) |
| BDCM Opportunity Fund LP<br>Onesound Shore Drive, Suite 200<br>Greenwich, CT 06830 | 109,059.962 units<br><br>(10.26%) |
| Cloudy Bluff & Co.<br>c/o State Street Bank & Trust Co<br>PO Box 5756<br>Boston, MA 02206 | 93,512.158 units<br><br>(8.79%) |
| Embassy & Co. FBO Black Diamond CLO 2005-1 LTD<br>Attn: Daniel Harding<br>1555 N River Center Drive, Suite 302<br>Milwaukee, WI 53212 | 90,132.200 units<br><br>(8.48%) |

---

[1]   There are 36,749 common units not issued and outstanding.

| Name and Address of Equity Holder | Amount Held |
|---|---|
| JP Morgan High Yield Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 57,968.524 units<br><br>(5.45%) |
| JP Morgan Strategic Income Opportunities Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 42,407.200 units<br><br>(3.99%) |
| M&G Polymers U.S.A. LLC<br>Attn: Kevin McCarren<br>450 Gears Road, Suite 240<br>Houston, TX 77067 | 31,649.782 units<br><br>(2.98%) |
| JP Morgan Investment Funds Income Opportunity Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 20,662.807 units<br><br>(1.94%) |
| Ultra Master Ltd<br>c/o Solus Alternative Asset Mgmt LP<br>410 Park Avenue, 11th Floor<br>New York, NY 10022 | 20,472.395 units<br><br>(1.93%) |
| JP Morgan High Yield US Dollar Mother Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 17,463.114 units<br><br>(1.64%) |
| Hare & Co. FBO CSAM Funding I<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 15,998.446 units<br><br>(1.50%) |
| BRE/Industrial Portfolio Holdings LLC<br>2 North Riverside Plaza, Suite 2100<br>Chicago, IL 60606 | 14,640.745 units<br><br>(1.38%) |
| Mac & Co. FBO MPAM Omnibus<br>Attn: Beth M Stiffler<br>525 William Penn Place, Suite 300<br>Pittsburgh, PA 15259 | 10,306.617 units<br><br>(0.97%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Principal Funds Inc. High Yield Fund I<br>Attn: May Chan, The Bank of New York Mellon<br>2 Hanson Place, 7th Floor<br>Brooklyn, NY 11217 | 9,689.212 units<br><br>(0.91%) |
| Embassy & Co. FBO Black Diamond CLO 2005-2 LTD<br>Attn: Daniel Harding<br>1555 North River Center Drive, Suite 302<br>Milwaukee, WI 53212 | 9,013.220 units<br><br>(0.85%) |
| Gerlach & Co. FBO AMMC VII LTD<br>Attn: Nancy Vislosky, Tom Melton<br>399 Park Avenue, Level B<br>New York, NY 10022 | 9,013.220 units<br><br>(0.85%) |
| Hare & Co. FBO AMMC CLO IV<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 9,013.220 units<br><br>(0.85%) |
| Hare & Co. FBO AMMC CLO VI<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 9,013.220 units<br><br>(0.85%) |
| JP Morgan Core Plus Bond Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 9,013.220 units<br><br>(0.85%) |
| Mac & Co. FBO Dalton Distressed Credit<br>Attn: Beth M Stiffler<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 7,661.237 units<br><br>(0.72%) |
| Hare & Co. FBO Investing Pro FMBA Dalton Distressed Credit<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 7,210.576 units<br><br>(0.68%) |
| Embassy & Co.<br>Attn: Daniel Harding<br>1555 North River Center Drive, Suite 302<br>Milwaukee, WI 53212 | 6,759.915 units<br><br>(0.64%) |

3

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Hare & Co. FBO AMMC CLO III<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 6,759.915 units<br><br>(0.64%) |
| Louisiana State Employees Retirement System<br>Attn: Beth M Stiffler<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 6,759.915 units<br><br>(0.64%) |
| Prime Investments Inc.<br>10111 West 87th Street<br>PO Box 12290<br>Overland Park, KS 66282 | 5,577.982 units<br><br>(0.52%) |
| Pacholder High Yield Fund Inc.<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 4,281.280 units<br><br>(0.40%) |
| Commingled Pension Trust Fund Distressed Debt Opportunities JPM Chase Bank N.A.<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 4,209.174 units<br><br>(0.40%) |
| Robert Godley Family LLC<br>Attn: Pete Godley<br>101 South Tryon Street<br>Bank of America Plaza, #2420<br>Charlotte, NC 28280 | 3,700.693 units<br><br>(0.34%) |
| Southern Ute Permanent Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 2,478.636 units<br><br>(0.23%) |
| HSBC U.S. High Yield Bond Fund<br>Attn: Jose Mero<br>Harborside Plaza 10<br>Jersey City, NJ 07311 | 2,365.970 units<br><br>(0.22%) |
| Crown Cork & Seal U.S.A. Inc. & Affiliates<br>Attn: Kenneth Siedlecki<br>One Crown Way<br>Philadelphia, PA 19154-4599 | 2,116.183 units<br><br>(0.20%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| General Electric Capital Corp.<br>c/o Reed Smith LLP<br>Attn: Aaron B Chapin<br>10 South Wacker Drive, Suite 4000<br>Chicago, IL 60606 | 1,141.965 units<br><br>(0.11%) |
| U.S. High Yield Bond Mother Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 901.322 units<br><br>(0.08%) |
| Smurfit Kappa Mold<br>Mold Business Park, Maes Gwern, Mold,<br>Flintshire, CH7 1XZ, United Kingdom | 893.592 units<br><br>(0.08%) |
| Fostag Formenbau AG<br>c/o STA Intl.<br>Attn: Steven Tulchin<br>1400 Old Country Road, Suite 411<br>Westbury, NY 11590 | 866.625 units<br><br>(0.08%) |
| Board of Public Utilities<br>540 Minnesota Avenue<br>Kansas City, KS 66101 | 857.947 units<br><br>(0.08%) |
| Sidel Inc.<br>Attn: Heather Sweeney<br>5600 Sun Court<br>Norcross, GA 30092-2892 | 813.950 units<br><br>(0.08%) |
| Allied Staffing Inc.<br>Attn: Ron Trachsel<br>10901 West 84th Terrace, Suite 100<br>Overland Park, KS 66214 | 764.881 units<br><br>(0.07%) |
| Nazario Paragano<br>222 Mount Airy Road, Suite 203<br>Basking Ridge, NJ 07920 | 747.336 units<br><br>(0.07%) |
| Paragon Financial Group Inc., As Assignee of Encore Staffing Inc.<br>PO Box 387<br>Ft Lauderdale, FL 33302 | 716.431 units<br><br>(0.07%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Samuel Strapping Systems Inc.<br>Attn: Joanne Lee, Esq.<br>Foley & Lardner LLP<br>321 N Clark Street, Suite 2800<br>Chicago, IL 60654 | 680.299 units<br><br>(0.06%) |
| The Green Meadow Trust<br>Attn: Jose Mero<br>Harborside Plaza 10<br>Jersey City, NJ 07311 | 675.992 units<br><br>(0.06%) |
| JP Morgan Income Builder Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 563.326 units<br><br>(0.05%) |
| Tempstaff Inc.<br>Attn: Accounting Department<br>962 North Street<br>Jackson, MS 39202 | 506.110 units<br><br>(0.05%) |
| Ellen Horing<br>c/o Dalton Investments LLC<br>1601 Cloverfield Boulevard, Suite 5050 N<br>Santa Monica, CA 90404 | 450.661 units<br><br>(0.04%) |
| Joel D Tauber<br>c/o Dalton Investments LLC<br>1601 Cloverfield Boulevard, Suite 5050 N<br>Santa Monica, CA 90404 | 450.661 units<br><br>(0.04%) |
| JP Morgan Investment Funds Global Income Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 450.661 units<br><br>(0.04%) |
| JP Morgan Multi-Asset Income Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 450.661 units<br><br>(0.04%) |
| JP Morgan Tax Aware High Income Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 450.661 units<br><br>(0.04%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| The Orleton Trust Fund<br>303 Eden Avenue, Unit 4A<br>Bellevue, KY 41073 | 450.661 units<br><br>(0.04%) |
| Husky Injection Molding Inc.<br>Attn: Colette French<br>500 Queen Street South<br>Bolton, ON L7E 5S5 | 437.853 units<br><br>(0.04%) |
| JP Morgan Chase Bank TR, JP Morgan Chase Retirement Plan<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 387.568 units<br><br>(0.04%) |
| Shelton LLC<br>102 Oaks Road<br>Oxford, PA 1936304914 | 362.588 units<br><br>(0.04%) |
| RCD Timber Products<br>1699 Matassino Road<br>New Castle, DE 19720-2086 | 315.726 units<br><br>(0.03%) |
| Chase Professionals Inc.<br>Attn: Cookie Luikart<br>750 Hammond Drive, Building 9<br>Atlanta, GA 30328 | 307.221 units<br><br>(0.03%) |
| The Sheperd Chemical Co.<br>Attn: Steve Nguyen, Staff Accountant<br>4900 Beech Street<br>Cincinnati, OH 45212-2398 | 257.246 units<br><br>(0.02%) |
| Marglen Industries Inc.<br>1748 Ward Mountain Road<br>Rome, GA 30161 | 235.454 units<br><br>(0.02%) |
| Beacon Staffing Alternatives Inc.<br>Attn: Sharon David Kohl, President<br>16-2 S Philadelphia Boulevard<br>Aberdeen, MD 21001 | 228.034 units<br><br>(0.02%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Woodcock Washburn LLP<br>2929 Arch Street, Cira Center, 12th Floor<br>Philadelphia, PA 19104-2891 | 206.140 units<br><br>(0.02%) |
| A1 Label Inc.<br>32 Cranfield Road<br>Toronto, ON MRB 3H3 | 201.268 units<br><br>(0.02%) |
| Badger Color Concentrates<br>Attn: Michael Fatta, President<br>1007 Fox Street<br>Mukwonago, WI 53149 | 190.456 units<br><br>(0.02%) |
| Fair Liquidity Partners LLC<br>1777 Saratoga Avenue, Number 106<br>San Jose, CA 95129 | 187.894 units<br><br>(0.02%) |
| Wentworth Mould & Die Co.<br>58 Bigwin Road<br>Hamilton, ON L8V 4S7 | 169.360 units<br><br>(0.02%) |
| Applied Industrial Technologies Inc.<br>Attn: Beth Arvai<br>One Applied Plaza<br>Cleveland, OH 44115-5056 | 150.616 units<br><br>(0.01%) |
| Hartford Electrical Testing Co. Inc.<br>1108 Clayton Road<br>Joppa, MD 21085 | 148.637 units<br><br>(0.01%) |
| Buckhorn Inc.<br>55 West Techne Center Drive<br>Milford, OH 45150 | 143.108 units<br><br>(0.01%) |
| Pioneer Credit Opportunities Fund LP, As Assignee of Printpack Inc.<br>Greeley Square Station<br>PO Box 20188<br>New York, NY 10001 | 131.611 units<br><br>(0.01%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Pioneer Credit Opportunities Fund LP, As Assignee of Printpack Inc.<br>122 West 27th Street, 10th Floor<br>New York, NY 10001 | 131.611 units<br><br>(0.01%) |
| Southeastern Printing<br>Attn: Laura Spindler, Credit Manager<br>3601 South East Dixie Highway<br>Stuart, FL 34997 | 129.940 units<br><br>(0.01%) |
| Southern States Packaging Co.<br>Attn: Michael L Lyon, President<br>PO Box 650<br>Spartanburg, SC 29304 | 121.457 units<br><br>(0.01%) |
| Sonoco Canada Corp.<br>c/o Tara E Naufel, Esq., Haynsworth Sinkler Boya PA<br>PO Box 11889<br>Columbia, SC 29211 | 112.964 units<br><br>(0.01%) |
| Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 | 100.180 units<br><br>(0.01%) |
| HLBBSHAW<br>1 Hagley Road, 10th  Floor<br>Birmingham, B16 8TG, United Kingdom | 94.940 units<br><br>(0.01%) |
| AGR International Inc.<br>615 Whitestown Road<br>Butler, PA 16001-8703 | 94.035 units<br><br>(0.01%) |
| Piedmont National Corp.<br>1561 Southland Circle Northwest<br>Atlanta, GA 30318 | 87.435 units<br><br>(0.01%) |
| MSC Industrial Supply<br>Attn: Legal Department<br>75 Maxess Road<br>Melville, NY 11747 | 86.847 units<br><br>(0.01%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Closure Systems International Inc.<br>7702 Woodland Drive, Suite 200<br>Indianapolis, IN 46278 | 83.816 units<br><br>(0.01%) |
| Manor Coating Systems Ltd.<br>Otley Road, Shipley<br>West Yorkshire, BD17 7DP, United Kingdom | 79.218 units<br><br>(0.01%) |
| Piedmont Natural Gas Company of NC<br>Attn: Bankruptcy Department<br>4339 South Tryon Street<br>Charlotte, NC 28217 | 78.652 units<br><br>(0.01%) |
| Johnson Controls Ltd.<br>Unit 1 Russel Square, Hornesby Way<br>Basildon Essex, SS15 6TA, United Kingdom | 73.470 units<br><br>(0.01%) |
| Pershing Cust FBO Carla Fels IRA<br>Attn: Carla Fels<br>227 Sunset Avenue<br>Ridgewood, NJ 07450 | 72.106 units<br><br>(0.01%) |
| Coltec Industrial Products LLC<br>Attn: Don Lundgren<br>Compressor Products International<br>4410 Greenbriar Drive<br>Stafford, TX 77477 | 71.158 units<br><br>(0.01%) |
| Perfection Servo Hydrauli<br>1290 Lyon Road<br>Batavia, IL 60510 | 69.500 units<br><br>(0.01%) |
| The Tharpe Co. Inc.<br>PO Box 1719<br>Statesville, NC 28687 | 69.158 units<br><br>(0.01%) |
| UMBTRU & Co. FBO Security Benefit U.S. Intermediate Bond<br>Attn: Robin Waters<br>928 Grand Boulevard, Mail Stop 1010404<br>Kansas City, MO 64106 | 67.599 units<br><br>(0.01%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| B & G Products Inc.<br>3631 44th Street Southeast, Unit E<br>Grand Rapids, MI 49512-3946 | 66.327 units<br><br>(0.01%) |
| Daily Services LLC<br>1110 Morse Road<br>Columbus, OH 43229 | 62.709 units<br><br>(0.01%) |
| Mackenzie Partners Inc.<br>Attn: James M Trier, VP of Finance<br>105 Madison Avenue, 17th Floor<br>New York, NY 10116 | 61.578 units<br><br>(0.01%) |
| AE IND & Equipment Ltd.<br>Attn: Richard Battersby<br>Hardwick House, 185 Chatsworth Road<br>Chesterfield Derbyshire, S40 2BD, United Kingdom | 60.966 units<br><br>(0.01%) |
| Plastics Color Chip Inc.<br>142nd & Paxton Avenue<br>Calumet City, IL 60409 | 59.148 units<br><br>(0.01%) |
| Flannigan Electric Co. Inc.<br>Attn: Mike Flannigan<br>PO Box 8657<br>Jackson, MS 39284 | 57.597 units<br><br>(0.01%) |
| Highland Exchange Service Coop.<br>PO Box K<br>Waverly, FL 33877-0286 | 56.052 units<br><br>(0.01%) |
| Producers Gas Sales<br>1500 Granville Road<br>PO Box 4970<br>Newark, OH 43058 | 48.137 units<br><br>(0.005%) |
| Gas Technology Institute<br>Attn: Paul Chromek<br>1700 South Mount Prospect Road<br>Des Plaines, IL 60018 | 46.571 units<br><br>(0.004%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Atmos Energy Mid Tex Industrial, A Division of Atmos Energy Corp.<br>Attn: Bankruptcy Group<br>PO Box 650205<br>Dallas, TX 75265-0205 | 46.452 units<br><br>(0.004%) |
| HB Fuller Co.<br>Attn: Greg Walters<br>PO Box 65492<br>St. Paul, MN 55165 | 44.726 units<br><br>(0.004%) |
| WW Grainger Inc.<br>Attn: Special Collections Department<br>7300 North Melvina, MES 17838908333<br>Niles, IL 60714 | 43.840 units<br><br>(0.004%) |
| Motor & Gear Engineering<br>3545 McCall Plste B<br>Doraville, GA 30340-2800 | 40.475 units<br><br>(0.004%) |
| Hytek Material Handling<br>2222 Rickenbacker<br>Columbus, OH 43217 | 38.857 units<br><br>(0.004%) |
| New England Machinery Inc.<br>2820 62nd Avenue East<br>Bradenton, FL 34203 | 38.179 units<br><br>(0.004%) |
| Cintas Corp.<br>Keating Muething & Klekamp PLL<br>c/o Jason V Stitt<br>1 East 4th, Suite 1400<br>Cincinnati, OH 45202 | 37.514 units<br><br>(0.004%) |
| Hanmere Polythene Ltd.<br>Blackhorse Road, Letchworth<br>Hertfordshire, SG6 1HD, United Kingdom | 37.270 units<br><br>(0.004%) |
| James P Hill Distributor<br>1031 Ward Chapel ROA<br>PO Box 459<br>Farmerville, LA 71241 | 34.946 units<br><br>(0.003%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Forest Hill Services Inc.<br>Attn: James B Sappington, President<br>2515 Pinehurst Avenue<br>Forest Hill, MD 21050 | 32.790 units<br><br>(0.003%) |

## Class A Preferred Units[2]

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Sola Ltd.<br>c/o Solus Alternative Asset Mgmt LP,<br>Attn: Operations<br>410 Park Avenue, 11th Floor<br>New York, NY 10022 | 25,207.740 units<br><br>(25.21%) |
| Embassy & Co. FBO Black Diamond International Funding Ltd.<br>Attn: Daniel Harding<br>1555 N River Center Drive, Suite 302<br>Milwaukee, WI 53212 | 15,615.454 units<br><br>(15.62%) |
| BDCM Opportunity Fund LP<br>Onesound Shore Drive, Suite 200<br>Greenwich, CT 06830 | 11,000.000 units<br><br>(11.00%) |
| Cloudy Bluff & Co.<br>c/o State Street Bank & Trust Co<br>PO Box 5756<br>Boston, MA 02206 | 9,431.818 units<br><br>(9.43%) |
| Embassy & Co. FBO Black Diamond CLO 2005-1 LTD<br>Attn: Daniel Harding<br>1555 N River Center Drive, Suite 302<br>Milwaukee, WI 53212 | 9,090.909 units<br><br>(9.09%) |
| JP Morgan High Yield Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 5,846.818 units<br><br>(5.85%) |

---

[2]   There are 1.36 preferred units not issued and outstanding.

| Name and Address of Equity Holder | Amount Held |
|---|---|
| JP Morgan Strategic Income Opportunities Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 4277.273 units<br><br>(4.28%) |
| JP Morgan Investment Funds Income Opportunity Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 2,084.091 units<br><br>(2.08%) |
| Ultra Master Ltd<br>c/o Solus Alternative Asset Mgmt LP<br>410 Park Avenue, 11th Floor<br>New York, NY 10022 | 2,064.986 units<br><br>(2.07%) |
| JP Morgan High Yield US Dollar Mother Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 1,761.364 units<br><br>(1.76%) |
| Hare & Co. FBO CSAM Funding I<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 1,613.636 units<br><br>(1.61%) |
| Mac & Co. FBO MPAM Omnibus<br>Attn: Beth M Stiffler<br>525 William Penn Place, Suite 300<br>Pittsburgh, PA 15259 | 1,039.545 units<br><br>(1.04%) |
| Principal Funds Inc. High Yield Fund I<br>Attn: May Chan, The Bank of New York Mellon<br>2 Hanson Place, 7th Floor<br>Brooklyn, NY 11217 | 977.273 units<br><br>(0.98%) |
| Embassy & Co. FBO Black Diamond CLO 2005-2 LTD<br>Attn: Daniel Harding<br>1555 North River Center Drive, Suite 302<br>Milwaukee, WI 53212 | 909.091 units<br><br>(0.91%) |
| Gerlach & Co. FBO AMMC VII LTD<br>Attn: Nancy Vislosky, Tom Melton<br>399 Park Avenue, Level B<br>New York, NY 10022 | 909.091 units<br><br>(0.91%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Hare & Co. FBO AMMC CLO IV<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 909.091 units<br><br>(0.91%) |
| Hare & Co. FBO AMMC CLO VI<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 909.091 units<br><br>(0.91%) |
| JP Morgan Core Plus Bond Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 909.091 units<br><br>(0.91%) |
| Mac & Co. FBO Dalton Distressed Credit<br>Attn: Beth M Stiffler<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 772.727 units<br><br>(0.77%) |
| Hare & Co. FBO Investing Pro FMBA Dalton Distressed Credit<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 727.273 units<br><br>(0.73%) |
| Embassy & Co.<br>Attn: Daniel Harding<br>1555 North River Center Drive, Suite 302<br>Milwaukee, WI 53212 | 681.818 units<br><br>(0.68%) |
| Hare & Co. FBO AMMC CLO III<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 681.818 units<br><br>(0.68%) |
| Louisiana State Employees Retirement System<br>Attn: Beth M Stiffler<br>525 William Penn Place, Room 300<br>Pittsburgh, PA 15259 | 681.818 units<br><br>(0.68%) |
| Pacholder High Yield Fund Inc.<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 431.818 units<br><br>(0.43%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| Commingled Pension Trust Fund Distressed Debt Opportunities JPM Chase Bank N.A.<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 424.545 units<br><br>(0.42%) |
| Southern Ute Permanent Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 250 units<br><br>(0.25%) |
| HSBC U.S. High Yield Bond Fund<br>Attn: Jose Mero<br>Harborside Plaza 10<br>Jersey City, NJ 07311 | 238.636 units<br><br>(0.24%) |
| U.S. High Yield Bond Mother Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 90.909 units<br><br>(0.09%) |
| The Green Meadow Trust<br>Attn: Jose Mero<br>Harborside Plaza 10<br>Jersey City, NJ 07311 | 68.182 units<br><br>(0.07%) |
| JP Morgan Income Builder Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 56.818 units<br><br>(0.06%) |
| Ellen Horing<br>c/o Dalton Investments LLC<br>1601 Cloverfield Boulevard, Suite 5050 N<br>Santa Monica, CA 90404 | 45.455 units<br><br>(0.05%) |
| Joel D Tauber<br>c/o Dalton Investments LLC<br>1601 Cloverfield Boulevard, Suite 5050 N<br>Santa Monica, CA 90404 | 45.455 units<br><br>(0.05%) |
| JP Morgan Investment Funds Global Income Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 45.455 units<br><br>(0.05%) |

| Name and Address of Equity Holder | Amount Held |
|---|---|
| JP Morgan Multi-Asset Income Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 45.455 units<br><br>(0.05%) |
| JP Morgan Tax Aware High Income Fund<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 45.455 units<br><br>(0.05%) |
| The Orleton Trust Fund<br>303 Eden Avenue, Unit 4A<br>Bellevue, KY 41073 | 45.455 units<br><br>(0.05%) |
| JP Morgan Chase Bank TR, JP Morgan Chase Retirement Plan<br>Attn: Nicholas Hildebrand<br>PO Box 35308<br>Newark, NJ 07101 | 39.091 units<br><br>(0.04%) |
| Pershing Cust FBO Carla Fels IRA<br>Attn: Carla Fels<br>227 Sunset Avenue<br>Ridgewood, NJ 07450 | 7.273 units<br><br>(0.01%) |
| UMBTRU & Co. FBO Security Benefit U.S. Intermediate Bond<br>Attn: Robin Waters<br>928 Grand Boulevard, Mail Stop 1010404<br>Kansas City, MO 64106 | 6.818 units<br><br>(0.01%) |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CONSTAR INTERNATIONAL | ) |
| HOLDINGS LLC, | ) Case No. 13 - _____ (  ) |
| | ) |
| Debtor. | ) |
| | ) |

**DECLARATION CONCERNING LIST OF DEBTOR'S EQUITY SECURITY**
**HOLDERS IN ACCORDANCE WITH BANKRUPTCY RULE 1007**

I, the undersigned officer of Constar International Holdings LLC, the company named as the debtor in the above-captioned case, declare under penalty of perjury that I have reviewed the foregoing List of Debtor's Equity Security Holders and that it is true and correct to the best of my knowledge, information, and belief.

Dated:  December 18, 2013

/s/ J. Mark Borseth
Name: J. Mark Borseth
Title:  Chief Financial Officer and
Executive Vice President

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSTAR INTERNATIONAL | ) | |
| HOLDINGS LLC, | ) | Case No. 13 - _____ ( ) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT OF
## CONSTAR INTERNATIONAL HOLDINGS LLC

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Constar International Holdings LLC (the "**Debtor**") states as follows:

- Black Diamond Capital Management LLC directly or indirectly owns 10% or more of the Class A Common Units, and 10% or more of the Class A Preferred Units, of Constar International Holdings LLC.

- Solus Alternative Asset Management LP directly or indirectly owns 10% or more of the Class A Common Units, and 10% or more of the Class A Preferred Units, of Constar International Holdings LLC.

- JP Morgan & Chase Co. directly or indirectly owns 10% or more of the Class A Common Units, and 10% or more of the Class A Preferred Units, of Constar International Holdings LLC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CONSTAR INTERNATIONAL HOLDINGS LLC, | Case No. 13 - _____ (  ) |
| Debtor. | |

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, the undersigned officer of Constar International Holdings LLC, the company named as the debtor in the above-captioned case, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Dated:  December 18, 2013

*/s/ J. Mark Borseth* _____
Name:  J. Mark Borseth
Title:   Chief Financial Officer and
          Executive Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSTAR INTERNATIONAL | ) | |
| HOLDINGS LLC, | ) | Case No. 13 - _____ (  ) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### RESOLUTIONS OF THE BOARD OF MANAGERS
### OF CONSTAR INTERNATIONAL HOLDINGS LLC

I, Louis Imbrogno, being duly elected or appointed as Secretary of Constar International Holdings LLC, a Delaware limited liability company (the "**Company**"), hereby certifies that at a special meeting of the Board of Managers of the Company (the "**Board of Managers**") duly called and held on December 15, 2013, the following resolutions (collectively, the "**Resolutions**") were adopted in accordance with the requirements of the Delaware Limited Liability Company Act, and that, as of the date hereof, these resolutions have not been amended or rescinded and are now in full force and effect:

WHEREAS, the Board of Managers has reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's business; and

WHEREAS, the Board of Managers has had the opportunity to consult with the management and advisors of the Company and fully consider each of the strategic alternatives available to the Company; and

WHEREAS, the Board of Managers has been presented with a proposed petition to be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "**Court**") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), in which the authority to operate as a debtor in possession will be sought; and

WHEREAS, the Board of Managers has been presented with a proposed definitive agreement to sell substantially all of the Company's assets to a third party purchaser in accordance with the Bankruptcy Code (including, but not limited to, Bankruptcy Code sections 105, 363 and 365), subject to approval of the Court.

NOW, THEREFORE, the Board of Managers of the Company hereby approves, adopts, and consents to the following resolutions:

I.    Voluntary Petition Under the Provisions of Chapter 11 of the Bankruptcy Code

RESOLVED, that in the business judgment of the Board of Managers, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code in the Court; and

RESOLVED, that the officers of the Company, and each of them singly, acting for and on behalf of the Company (collectively, the "**Authorized Officers**") be, and each of them hereby is, authorized on behalf of the Company to execute and verify petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief under chapter 11 of the Bankruptcy Code and to cause such petitions to be filed in the Court, each such petition to be filed at such time as the Authorized Officer executing the petition shall determine and to be in the form approved by the Authorized Officer executing such petition, such approval to be conclusively evidenced by the execution, verification and filing thereof; and

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized and directed to retain on behalf of the Company (i) the law firms of Dechert LLP and Young Conaway Stargatt & Taylor, LLP to render legal services to, and to represent, the Company in connection with the chapter 11 filing and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve and subject to approval of the Court, (ii) Lincoln Partners Advisors LLC to render financial advisory services to the Company in connection with the chapter 11 filing and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve and subject to approval of the Court, (iii) Prime Clerk LLC to render services as chapter 11 administrative advisor and claims and noticing agent, on such terms as any Authorized Officer shall approve and subject to approval of the Court, and (iv) such other professionals as any Authorized Officer deems necessary and appropriate during the course of the chapter 11 filing; and

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized to engage and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals (including, without limitation, those professionals specifically named herein) in connection with the Chapter 11 Case, on such terms as such Authorized Officers deem necessary, appropriate, proper or desirable, with a view to the successful prosecution of such case; and

II.    Debtor in Possession Financing

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed, to the extent necessary, to cause the Company to obtain and/or guarantee post-petition financing and/or use of cash collateral according to the terms negotiated, or to be negotiated, by the management of the Company or otherwise approved by the Bankruptcy Court; and the Company is hereby authorized and directed to take all actions necessary in connection therewith, including, without limitation, (i) the incurrence of debtor in possession financing in such amounts and on such terms as the Authorized Officers deems necessary or advisable (the "**DIP Financing**"), (ii) the execution and delivery of any documents

2

to evidence the DIP Financing, including, without limitation, all credit agreements and notes, (iii) the incurrence and payment of fees, (iv) the execution and delivery of real property and personal property (including intellectual property) security agreements (and amendments, supplements and/or other modifications thereto, as appropriate), (v) the granting of liens on and/or security interests in any and all assets of the Company, (vi) the authorization of filing and/or recording, as applicable, of financing statements, agreements, mortgages or any other documents evidencing and/or perfecting such liens or security interests and amendments to such financing statements, agreements, mortgages or other documents, and (vii) the execution and delivery of deposit, securities and/or other account control agreements (and amendments, supplements and/or other modifications thereto, as appropriate); and the Authorized Officers are hereby authorized and directed to execute any appropriate agreements and related ancillary documents on behalf of the Company in connection with the foregoing; and

III.    Asset Purchase Agreement

RESOLVED, that in connection with the bankruptcy filing, it is desirable and in the best interest of each of the Company, its stakeholders, its creditors, and other interested parties to enter into an acquisition agreement with Amcor Rigid Plastics USA, Inc., on the terms of the draft acquisition agreement which has been provided to the Board of Managers (the "**Asset Purchase Agreement**"), subject to approval by the Court; and

RESOLVED, that it is desirable and in the best interest of the Company to enter into such additional agreements, consents, certificates, amendments, assignments and instruments as may be necessary to consummate the sale of substantially all of the Company's assets in connection with the Asset Purchase Agreement (the "**Sale**"), subject to approval by the Court; and

RESOLVED, that the Company and the Board of Managers hereby approve the Sale, on the terms and subject to the conditions set forth in the Asset Purchase Agreement and subject to approval by the Court; and

RESOLVED, that the form, terms and provisions of the Asset Purchase Agreement and all other agreements and undertakings on the part of the Company made pursuant thereto or in connection therewith (collectively, the "**Definitive Sale Documentation**"), and the performance by the Company of its obligations thereunder and the consummation by the Company of the transactions contemplated by, and they are hereby are, approved and adopted in all respects, subject to approval by the Court; and

RESOLVED, that the Authorized Officers be, and each of them individually hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to negotiate, execute, deliver, and perform, in the name of the Company, the Definitive Sale Documentation, which such deletions or changes therein or additions thereto as such Authorized Officer or Authorized Officers executing the same deems reasonable, necessary, appropriate or advisable, his or her execution and delivery thereof to be conclusive evidence of the approval by him or her of such deletions or changes therein or additions thereto provided that any such deletions, changes or additions do not materially differ from the documents presented to the Board; and

IV.    Further Actions and Prior Actions

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions; and

RESOLVED, that any and all lawful actions heretofore taken by, or at the direction of, any Authorized Officer or the Board of Managers of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned has set his hand hereto this 18th day of December, 2013.

Name: Louis Imbrogno
Title:   Secretary

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CONSTAR INTERNATIONAL | ) |
| HOLDINGS LLC, | ) Case No. 13 - _____ (   ) |
| | ) |
| Debtor. | ) |
| | ) |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

       The following is a list of creditors holding the thirty (30) largest unsecured claims against the above-captioned Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "**Debtors**").  This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors, as of December 16, 2013.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases.  This list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.  The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed below.

### Consolidated List of Creditors Holding 30 Largest Unsecured Claims[1]

| ITEM | NAME, TELEPHONE NUMBER & COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| 1 | DAK AMERICAS<br><br>5925 CARNEGIE BOULEVARD, SUITE 500<br>CHARLOTTE, NC 28209<br>PHONE: 800-227-6335 | TRADE PAYABLE | | $7,968,275 |
| 2 | DAK RESINAS AMERICAS MEXICO SA De CV<br><br>CARRETERA PREDIO BUENA VISTA de TORRES KM29 S/N,<br>COSOLEAQUAQUE C.P., VERACRUZ, 96340, MEXICO | TRADE PAYABLE | | $7,681,546 |
| 3 | BRITVIC SOFT DRINKS LTD<br><br>RODING ROAD<br>LONDON INDUSTRIAL PARK, BECKTON<br>LONDON, E6 4LF, UNITED KINGDOM | TRADE PAYABLE | | $5,436,909 |
| 4 | LOTTE CHEMICAL UK LTD<br><br>DAVIES OFFICES WILTON SITE,<br>REDCAR, NORTH YORKSHIRE, TS10 4XZ, UNITED KINGDOM | TRADE PAYABLE | | $2,332,612 |
| 5 | STARPET INC.<br><br>PO BOX 32101<br>CHARLOTTE, NC 28232-2101 | TRADE PAYABLE | | $654,594 |
| 6 | E.ON<br><br>PO BOX 8610,<br>NOTTINGHAM, NOTTINGHAMSHIRE, NG19AH, UNITED KINGDOM | UTILITIES | | $591,228 |
| 7 | QLOG LTD<br><br>5TH FLOORTOWERS POINTWHEELHOUSE ROAD,<br>RUGELEY, STAFFORDSHIRE, WS15 1UN, UNITED KINGDOM | TRADE PAYABLE | DISPUTED, SUBJECT TO SETOFF | $580,519 |
| 8 | AON CONSULTING (PENSION)<br><br>PO BOX 905188<br>CHARLOTTE, NC 28290-5188 | PENSION CONTRIBUTION | | $551,986 |

---

[1]    The information in this list was based on information available at the time the list was compiled and the Debtors reserve the rights to modify this list.

| ITEM | NAME, TELEPHONE NUMBER & COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| 9 | INEOS SALES (UK) LTD<br><br>DEPARTMENT 7202<br>PO BOX 21, BONESS RD<br>GRANGEMOUTH, STIRLINGSHIRE, FK3 9XH,<br>UNITED KINGDOM | TRADE PAYABLE | | $404,307 |
| 10 | BALTIMORE GAS<br><br>PO BOX 64844<br>BALTIMORE, MD 21264-4844 | UTILITIES | | $358,460 |
| 11 | COLORMATRIX CORP.<br><br>680 NORTH ROCKY RIVER DRIVE<br>BEREA, OH 44017-1628 | TRADE PAYABLE | | $354,720 |
| 12 | GREEN GRP LOGISTICS LTD<br><br>C/O BIBBY FACTORS YORKSHIRE LTD.<br>WOODLAND HOUSE, WOODLAND PARK, BRADFORD<br>ROAD, CHAIN BAR,<br>CLECKHEATON, WEST YORKSHIRE, BD19 6BW, UNITED<br>KINGDOM | TRADE PAYABLE | | $319,405 |
| 13 | PLATINUM EQUITY<br><br>DBA DATA2LOGISTICS<br>4310 METRO PKWY<br>FORT MYERS, FL 33916 | TRADE PAYABLE | | $287,027 |
| 14 | SIDEL INC.<br><br>PO BOX 198848<br>ATLANTA, GA 30384-8848 | TRADE PAYABLE | | $220,441 |
| 15 | INDEPENDENCE ADMINISTRATORS<br><br>720 BLAIR MILL ROAD<br>HORSHAM, PA 19044 | EMPLOYEE BENEFITS | | $213,781 |
| 16 | FULTON COUNTY TAX COMMISSIONER<br><br>141 PRYOR ST. SW STE<br>ATLANTA, GA 30303-3487 | TAXES PAYABLE | | $199,150 |
| 17 | MPI LABELS<br><br>7528 HICKORY HILLS COURT<br>WHITES CREEK, TN 37189-9243 | TRADE PAYABLE | | $196,407 |

| ITEM | NAME, TELEPHONE NUMBER & COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| 18 | MORSSINKHOF PLASTICS ZEEWOLDE BV<br><br>INDUSTRIEWEG 55,<br>ZEEWOLDE, 3899 AT NETHERLANDS | TRADE PAYABLE | | $194,243 |
| 19 | ENCORE STAFFING<br><br>600 INTERCHANGE DRIVE<br>ATLANTA, GA 30336 | TRADE PAYABLE | | $187,512 |
| 20 | WILLIS LIMITED<br><br>33 PARK PL.<br>LEEDS LS1 2RY, UNITED KINGDOM | INSURANCE PAYABLE | | $186,527 |
| 21 | GEORGIA POWER<br><br>PO BOX 102473 68 AN<br>ATLANTA, GA 30368-0001 | UTILITIES | | $184,091 |
| 22 | BRE/INDUSTRIAL PORTFOLIO HO<br><br>BRE TX INDUSTRIAL PROPERTIES<br>C/O BRE/US INDSTRL PROP LLC LOCKBOX# 774735<br>4735 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4007 | LEASE PAYABLE | | $156,489 |
| 23 | ONENECK IT<br><br>5301 N PRIMA RD, SUITE 100<br>SCOTTSDALE, AZ 85250 | TRADE PAYABLE | | $155,783 |
| 24 | PRINTPACK INC.<br><br>PO BOX 102430<br>ATLANTA, GA 30368-2430 | TRADE PAYABLE | | $148,249 |
| 25 | COLORMATRIX EUROPE LTD<br><br>UNIT 9 – 15 UNITY GROVE, KNOWSLEY IND PARK SOUTH<br>KNOWSLEY, MERSEYSIDE, L34 9GT<br>LIVERPOOL, UNITED KINGDOM | TRADE PAYABLE | | $146,685 |
| 26 | SOUTHEASTERN CONTAINER<br><br>PO BOX 909<br>1250 SAND HILL ROAD<br>ENKA, NC 28728 | TRADE PAYABLE | | $135,737 |

| ITEM | NAME, TELEPHONE NUMBER & COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| 27 | R & D TOOL<br>1009 BROWNING STREET<br>LEES SUMMIT, MO 64081 | TRADE PAYABLE | | $133,046 |
| 28 | MITSUBISHI GAS<br>520 MADISON AVENUE, FLOOR 25<br>NEW YORK, NY 10022-4213 | TRADE PAYABLE | | $129,514 |
| 29 | ECLIPSE PROFESSIONAL SERVICES<br>ATTN: EDWARD H. SZKU<br>6 GLENMORE DR.<br>GLEN MILLS, PA 19342-8843 | TRADE PAYABLE | | $128,851 |
| 30 | INTEGRYS ENERGY SOLUTIONS, INC.<br>7650 F COUNTY RD. 48 NORTH<br>IOWA COLONY, TX 77583 | UTILITIES | | $118,204 |

5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSTAR INTERNATIONAL | ) | |
| HOLDINGS LLC, | ) | Case No. 13 - _____ (   ) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DECLARATION CONCERNING CONSOLIDATED LIST OF CREDITORS**
**HOLDING 30 LARGEST UNSECURED CLAIMS**

I, the undersigned officer of Constar International Holdings LLC, the company named as the debtor in the above-captioned case, declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Dated: December 18, 2013

/s/ J. Mark Borseth
Name: J. Mark Borseth
Title:   Chief Financial Officer and
          Executive Vice President