# EXHIBIT C

## Budget

-87-

3221841.6

3225859.2



# Constar International – DIP Plan through 2/16/2014

## US and UK Only

12/19/2013



# Budget Assumptions

## US Assumptions

- Total PLAN DIP period extends until 02/16/2014.
- Bondholder DIP fee is estimated at 4.4% of $14M and excludes any additional Wells Fargo post filing fees.
- Great American inventory valuation reflected in PLAN.
- All professional fees associated with asset sales through 02/16/14 paid in full on 02/16/14.
- Old Bay Lane building sale proceeds have no impact on companies' borrowing base collateral or cash flow.
- At time of filing all US resin terms will become COD tapping.
- All non-resin payment terms are assumed to be COD. Assume zero trade payables post sale.
- Freight paid on a weekly basis.

1. No Pension Payments effective November 2013.
2. 2013 Receipts = 90% of the US ETF assumed by the DSO and divided by the # of weeks in the month.
   a. 2014 Receipts assume 95% of Company PLAN Sales received at a DSO of 27 days.
3. Prepetition utilities payable in December will NOT be paid, rather applied to the deposits already held by the Utilities.
4. New Utility Deposits will be negotiated and payable after the filing. Current Model assumes 1.5 months average monthly rate for all utilities, payable in two installments.
5. **Insurance:**
   a. Casualty - $400k. 35% Deposit made on 11/21 ($140k). Remaining $260k payable in three installments on the 15th of month, beginning 12/15. The 12/15 payment will provide coverage through 3/16/14. No further payments assumed.
   b. Property - $547k effective 12/15/14, PAYABLE 1/15/14 in FULL.
   c. D&O - $77k Payable prior to filing. D&O Tail is estimated at $123k and payable prior to filing.

- Legal/Professional Fees provided by Outside Counsel ($3.9M) during DIP period and $6.1M in total. Assumed accrued then paid in following week.
- This DIP Plan includes estimated prepetition freight cost of $1.2M.
- Stub period for week ending December 22 will include some portion of the post petition professional fees
- Borrowing Base assumes the professional fee reserve and US reserve for Wells. However awaiting other reserve values from Wells.
- **Interest:** Under Negotiation
  - No cash interest paid on term loans. Assumes 16% annual interest paid on consolidated DIP funding. Revolver interest to remain at current rate.
  - DIP fees assume 2% of the facility and are payable upon filing

## Europe Assumptions

- Separate UK DIP forecasts provided. Borrowing Base assumes UK is operational through DIP period
- Holland is assumed in administration effective 12/22/13.
- Assumes additional 15-day payment terms provided to Cott effective 1/1/14.
- Utility Deposits are approximately $800k USD in the UK
- Resin payments in UK limited to 61% of collections.
- UK cash expected to be about $3,806M US on 12/18/13 and is assumed in the DIP projections as a reduction in the revolver balance in Week 52.
- Secured lender ING assumes Holland assets through a self-funded liquidation.

## US & UK DIP Budget – 12/18/13



| Constar International $ in thousands | Week 50 12/15/13 | Week 51 12/22/13 | DIP Week 1 Week 52 12/29/13 | DIP Week 2 Week 1 1/5/14 | DIP Week 3 Week 2 1/12/14 | DIP Week 4 Week 3 1/19/14 | DIP Week 5 Week 4 1/26/14 | DIP Week 6 Week 5 2/2/14 | DIP Week 7 Week 6 2/9/14 | DIP Week 8 Week 7 2/16/14 | 12/18/13 DIP Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - PLAN | 3,268 | 3,268 | 3,268 | 2,655 | 2,655 | 2,655 | 2,655 | 2,655 | 3,443 | 3,443 | 23,429 |
| **Cash Receipts:** | | | | | | | | | | | |
| Customer Receipts | 2,984 | 3,246 | 2,922 | 2,907 | 2,893 | 2,848 | 2,848 | 2,748 | 3,013 | 3,013 | 23,191 |
| OBL Building Sale | | | | | | | | | | | - |
| Total cash receipts | 2,984 | 3,246 | 2,922 | 2,907 | 2,893 | 2,848 | 2,848 | 2,748 | 3,013 | 3,013 | 23,191 |
| **Cash Disbursements:** | | | | | | | | | | | - |
| Payroll and payroll taxes | 860 | 324 | 845 | 350 | 350 | 818 | 350 | 818 | 350 | 818 | 4,700 |
| 401k employee contributions | 41 | 14 | 40 | 14 | 14 | 40 | 14 | 40 | 14 | 40 | 216 |
| IBC (Group Insurance) | 265 | | 150 | 150 | 150 | 150 | 150 | 150 | 120 | 120 | 1,140 |
| Travel & employee reimbursements | 25 | | 86 | 31 | 32 | 53 | 32 | 42 | 31 | 89 | 396 |
| **Total Payroll** | 1,191 | 338 | 1,122 | 545 | 546 | 1,061 | 546 | 1,050 | 515 | 1,066 | 6,452 |
| Total resin | 651 | - | 1,750 | 1,118 | 1,517 | 1,517 | 1,492 | 1,492 | 1,492 | 1,492 | 11,867 |
| Freight | 280 | | 250 | 180 | 140 | 140 | 140 | 140 | 1,381 | 181 | 2,551 |
| Utilities | | | | 755 | 755 | 494 | 124 | 247 | 241 | 121 | 2,737 |
| Insurance | | | 87 | | | 515 | | | | | 602 |
| Outside / Professional services | | | | | | | | | | | - |
| **Total Non C-11 Professional costs** | - | - | 94 | 90 | 72 | 104 | 72 | 82 | 100 | 88 | 703 |
| Rents (bldg) | | | | 377 | | | | | | | 377 |
| Packaging | | | 31 | 31 | 46 | 46 | 46 | 46 | | 50 | 341 |
| Capex | | | 48 | 45 | 45 | 45 | 45 | 45 | 46 | 70 | 341 |
| Repair parts | 26 | | 86 | 111 | 98 | 98 | 98 | 98 | 111 | 111 | 811 |
| Labels | 121 | | 28 | 28 | 30 | 30 | 30 | 30 | 28 | 28 | 229 |
| Other materials | 57 | | 8 | 8 | 75 | 75 | 75 | 75 | 75 | 75 | 464 |
| Colorant | 32 | | 30 | 37 | 37 | 37 | | | 35 | 35 | 249 |
| Taxes (PPT & franchise) | | | | | | | | 344 | | | 344 |
| Dues/Subscriptions/Fees | | | 14 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 119 |
| Rebate payments to customers | 47 | | | 82 | | 104 | | | | 104 | 291 |
| Royalty | | | | | | | | 13 | | | 13 |
| Supplies & Services | | | 65 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 590 |
| **Operating Disbursements** | 2,405 | 338 | 3,612 | 3,496 | 3,449 | 4,355 | 2,793 | 3,751 | 4,114 | 3,511 | 29,081 |
| Professional Fee Reserve | 345 | | 580 | 265 | 550 | 255 | 440 | 333 | 339 | 1,055 | 3,817 |
| **Total Operating + Prof Fee Disbursements** | 2,750 | 338 | 4,192 | 3,761 | 3,999 | 4,610 | 3,233 | 4,084 | 4,453 | 4,566 | 32,898 |
| DIP Lending Fees | | | 795 | | | | | | | | 795 |
| DIP Interest | | | 14 | 18 | 19 | 22 | 29 | 35 | 45 | 91 | 273 |
| **Total Disbursements** | 2,750 | 338 | 5,000 | 3,779 | 4,018 | 4,632 | 3,262 | 4,119 | 4,498 | 4,657 | 33,965 |
| Net Operating Cash Flow - US | 234 | 2,908 | (2,079) | (872) | (1,126) | (1,785) | (414) | (1,371) | (1,484) | (1,644) | (10,775) |
| Funds (to)/from UK | | | (189) | 688 | 243 | (666) | (277) | (88) | (428) | (245) | (962) |
| Funds (to)/from Holland | | | | | | | | | | | - |
| **Net Cash Flow** | 234 | 2,908 | (2,268) | (184) | (883) | (2,451) | (691) | (1,459) | (1,912) | (1,889) | (11,737) |



# UK DIP Budget (US $) – 12/19/13

Constar International UK
$ in thousands

| Week ending | Week 49 12/8/13 | Week 50 12/15/13 | Week 51 12/22/13 | Dip Wk 1 Week 52 12/29/13 | Dip Wk 2 Week 1 1/5/14 | Dip Wk 3 Week 2 1/12/14 | Dip Wk 4 Week 3 1/19/14 | Dip Wk 5 Week 4 1/26/14 | Dip Wk 6 Week 5 2/2/14 | Dip Wk 7 Week 6 2/9/14 | Dip Wk 8 Week 7 2/16/14 | 12/9/13 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | 2,200 | 2,096 | 2,026 | 2,026 | 2,026 | 2,127 | 2,382 | 2,382 | 17,265 |
| **Cash Receipts:** | | | | | | | | | | | | |
| Customer Receipts | 1,594 | 1,792 | 1,562 | 1,534 | 4,688 | 1,333 | 1,280 | 1,238 | 4,542 | 427 | 293 | 15,336 |
| Asset sale Proceeds | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total cash receipts** | 1,594 | 1,792 | 1,562 | 1,534 | 4,688 | 1,333 | 1,280 | 1,238 | 4,542 | 427 | 293 | 15,336 |
| **Cash Disbursments:** | | | | | | | | | | | | |
| **Payroll:-** | | | | | | | | | | | | |
| Payroll and payroll taxes | - | - | 609 | - | - | - | 216 | - | 400 | - | - | 616 |
| Travel & employee reimbursments | 3 | 5 | - | - | 3 | 3 | 3 | 3 | 3 | 5 | 5 | 26 |
| **Total Payroll** | 3 | 5 | 609 | - | 3 | 3 | 219 | 3 | 403 | 5 | 5 | 642 |
| **Total resin** | 1,760 | 1,752 | - | 600 | 3,234 | 800 | 768 | 743 | 2,725 | 256 | 176 | 9,302 |
| **Freight** | 69 | 83 | - | 138 | 125 | 69 | 77 | 77 | 77 | 377 | 77 | 1,015 |
| **Utilities** | - | 11 | - | 800 | - | - | - | 475 | 160 | - | - | 1,435 |
| **Insurance** | - | - | - | 183 | - | - | - | - | - | - | - | 183 |
| **Other:-** | | | | | | | | | | | | |
| Taxes (PPT & franchise) | 42 | 580 | - | - | 205 | - | 626 | - | 640 | - | 64 | 1,534 |
| Fuel | 3 | - | - | 3 | - | 5 | 3 | 3 | 3 | 3 | 3 | 24 |
| Supplies & Services | 184 | 57 | - | - | 252 | 214 | 254 | 214 | 477 | 214 | 214 | 1,837 |
| Outside Purch of preforms - Holland | - | - | - | - | 182 | - | - | - | 145 | - | - | 327 |
| **Other Costs** | 229 | 741 | - | 3 | 639 | 218 | 882 | 217 | 1,265 | 217 | 281 | 3,722 |
| **Total Disbursments** | 2,061 | 2,593 | 609 | 1,724 | 4,000 | 1,090 | 1,946 | 1,515 | 4,631 | 855 | 538 | 16,299 |
| **Net Operating Cash Flow - UK** | (467) | (801) | 952 | (189) | 688 | 243 | (666) | (277) | (88) | (428) | (245) | (963) |
| Funds (to)/from Holland | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Funds (to)/from US | - | - | 952 | 189 | 688 | 243 | 666 | 277 | 88 | 428 | 245 | 963 |

# Global Borrowing Base Roll Forward–Going Concern UK & US

**CONSTAR International LLC**

| Weeks | 50 | 51 | DIP Week 1<br>52 | DIP Week 2<br>53 | DIP Week 3<br>54 | DIP Week 4<br>55 | DIP Week 5<br>56 | DIP Week 6<br>57 | DIP Week 7<br>58 | DIP Week 8<br>59 |
|---|---|---|---|---|---|---|---|---|---|---|
| Week ending | 12/15/13 | 12/22/13 | 12/29/13 | 1/5/14 | 1/12/14 | 1/19/14 | 1/26/14 | 2/2/14 | 2/9/14 | 2/16/14 |
| US Sales | 2,952 | 2,952 | 2,952 | 2,952 | 2,997 | 2,997 | 2,997 | 2,997 | 3,443 | 3,443 |
| Beginning Inventory | - | 22,953 | 21,559 | 21,915 | 21,639 | 21,736 | 21,833 | 21,904 | 21,976 | 21,789 |
| Reductions | - | (1,714) | (1,714) | (1,714) | (1,740) | (1,740) | (1,740) | (1,740) | (1,999) | $ (1,999) |
| Additions | - | - | 1,750 | 1,118 | 1,517 | 1,517 | 1,492 | 1,492 | 1,492 | $ 1,492 |
| Direct Costs | - | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 |
| **Total Eligible Inventory** | 22,953 | 21,559 | 21,915 | 21,639 | 21,736 | 21,833 | 21,904 | 21,976 | 21,789 | 21,601 |
| Advance Rate % | 46.55% | 46.55% | 46.55% | 46.55% | 46.55% | 46.55% | 46.55% | 46.55% | 46.55% | 46.55% |
| **Net Inventory Available - US** | 10,685 | 10,036 | 10,202 | 10,073 | 10,118 | 10,163 | 10,196 | 10,230 | 10,143 | 10,055 |
| Beginning A/R | - | 15,330 | 12,857 | 12,887 | 12,932 | 13,037 | 13,187 | 13,337 | 13,586 | 14,016 |
| Beginning A/R, net of ineligibles | - | 9,537 | 9,243 | 9,273 | 9,318 | 9,423 | 9,573 | 9,722 | 9,972 | 10,402 |
| Collections | - | (3,246) | (2,922) | (2,907) | (2,893) | (2,848) | (2,848) | (2,748) | (3,013) | (3,013) |
| Sales | - | 2,952 | 2,952 | 2,952 | 2,997 | 2,997 | 2,997 | 2,997 | 3,443 | 3,443 |
| **Net A/R - US** | 9,537 | 9,243 | 9,273 | 9,318 | 9,423 | 9,573 | 9,722 | 9,972 | 10,402 | 10,831 |
| Adv Rate | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| **Eligible A/R - US** | 8,106 | 7,856 | 7,882 | 7,920 | 8,009 | 8,137 | 8,264 | 8,476 | 8,841 | 9,207 |
| **Total Combined US Borrowing Base - US** | 18,791 | 17,892 | 18,084 | 17,993 | 18,127 | 18,300 | 18,460 | 18,706 | 18,984 | 19,262 |
| UK Sales | 2,200 | 2,200 | 2,200 | 2,096 | 2,026 | 2,026 | 2,026 | 2,127 | 2,382 | 2,382 |
| Beginning Inventory | - | 6,142 | 7,249 | 6,572 | 6,520 | 6,260 | 6,068 | 5,866 | 5,619 | 4,492 |
| Reductions | - | (1,277) | (1,277) | (1,217) | (1,176) | (1,176) | (1,176) | (1,235) | (1,383) | (1,383) |
| Additions | - | 1,472 | 600 | 1,165 | 800 | 768 | 743 | 588 | 256 | 176 |
| Direct Costs | - | 912 | - | - | 116 | 216 | 231 | 400 | - | - |
| **Total Eligible Inventory - UK** | 6,142 | 7,249 | 6,572 | 6,520 | 6,260 | 6,068 | 5,866 | 5,619 | 4,492 | 3,285 |
| Advance Rate % | 55.67% | 55.67% | 55.67% | 55.67% | 55.67% | 55.67% | 55.67% | 55.67% | 55.67% | 55.67% |
| **Net Inventory Available UK** | 3,419 | 3,419 | 3,659 | 3,630 | 3,485 | 3,378 | 3,266 | 3,128 | 2,501 | 1,829 |
| Beginning A/R | - | 16,779 | 20,362 | 19,839 | 20,532 | 21,278 | 22,065 | 21,789 | 23,744 | 26,904 |
| Beginning A/R, net of ineligibles | - | 10,076 | 10,714 | 11,380 | 10,857 | 10,264 | 10,957 | 11,702 | 12,592 | 12,570 |
| Collections | - | (1,562) | (1,534) | (2,619) | (1,333) | (1,280) | (1,238) | (2,404) | (427) | (778) |
| Sales | - | 2,200 | 2,200 | 2,096 | 2,026 | 2,026 | 2,026 | 2,127 | 2,382 | 2,382 |
| **Net A/R - UK** | 10,076 | 10,714 | 11,380 | 10,857 | 10,264 | 10,957 | 11,702 | 12,592 | 12,570 | 15,379 |
| Adv Rate | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| **Eligible A/R - UK** | 8,565 | 9,107 | 9,673 | 9,229 | 8,724 | 9,313 | 9,947 | 10,703 | 10,684 | 13,072 |
| **Total Combined Borrowing Base - UK** | 11,984 | 12,526 | 13,332 | 12,858 | 12,209 | 12,691 | 13,213 | 13,831 | 13,185 | 14,901 |
| **Total Global Borrowing Base** | 30,775 | 30,418 | 31,415 | 30,852 | 30,337 | 30,991 | 31,673 | 32,537 | 32,169 | 34,163 |



## Global Borrowing Base Roll Forward

| WEEKLY FUNDING ANALYSIS | DIP Week 1<br>52<br>12/29/13 | DIP Week 2<br>53<br>1/5/14 | DIP Week 3<br>54<br>1/12/14 | DIP Week 4<br>55<br>1/19/14 | DIP Week 5<br>56<br>1/26/14 | DIP Week 6<br>57<br>2/2/14 | DIP Week 7<br>58<br>2/9/14 | DIP Week 8<br>59<br>2/16/14 |
|---|---|---|---|---|---|---|---|---|
| Gross Borrowing Base Available bfr Reserves | 31,415 | 30,852 | 30,337 | 30,991 | 31,673 | 32,537 | 32,169 | 34,163 |
| New Reserves | | | | | | | | |
| US DIP Reserve | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) |
| UK DIP Reserve | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) |
| Professional Fees | (580) | (265) | (550) | (255) | (440) | (333) | (339) | (1,055) |
| Reserve - Prescribed Part | (983) | (983) | (983) | (983) | (983) | (983) | (983) | (983) |
| Reserve - Priority Payroll | (543) | (543) | (543) | (543) | (543) | (543) | (543) | (543) |
| Reserve - Rent | (231) | (231) | (231) | (231) | (231) | (231) | (231) | (231) |
| Reserve L/Cs | (1,260) | (1,260) | (1,260) | (1,260) | (1,260) | (1,260) | (1,260) | (1,260) |
| TOTAL RESERVE | (10,597) | (10,282) | (10,567) | (10,272) | (10,457) | (10,350) | (10,356) | (11,072) |
| Available Borrowings after Reserves | 20,818 | 20,570 | 19,770 | 20,719 | 21,216 | 22,187 | 21,813 | 23,091 |
| Beginning Revolver | 14,971 | 16,658 | 17,158 | 17,755 | 20,501 | 21,007 | 22,573 | 24,480 |
| Operations Cash Flow | (879) | 99 | (314) | (2,174) | (222) | (1,091) | (1,528) | (743) |
| Professional Fee Payment | - | (580) | (265) | (550) | (255) | (440) | (333) | (1,394) |
| DIP Fees and Interest | (809) | (18) | (19) | (22) | (29) | (35) | (45) | (91) |
| TOTAL Projected Cash Flow | (1,688) | (499) | (598) | (2,746) | (506) | (1,566) | (1,906) | (2,228) |
| Ending Calculated Revolver | 16,658 | 17,158 | 17,755 | 20,501 | 21,007 | 22,573 | 24,480 | 26,707 |
| Available Borrowing Capacity in Borrowing Base after Reserves | 4,160 | 3,412 | 2,014 | 218 | 209 | (387) | (2,666) | (3,616) |
| EXCESS AVAILABILITY | 4,160 | 3,412 | 2,014 | 218 | 209 | - | - | - |
| Loan Outstanding - Wells | 16,658 | 17,158 | 17,755 | 20,501 | 21,007 | 22,187 | 21,813 | 23,091 |
| Loan Outstanding - Bonds | - | - | - | - | - | 387 | 2,666 | 3,616 |
| TOTAL COMBINED Loans Outstanding | 16,658 | 17,158 | 17,755 | 20,501 | 21,007 | 22,573 | 24,480 | 26,707 |

# Estimated Professional Fee Schedule


CONSTAR International LLC

Schedule of Professional Fees and Retainers
($ in 000s)

**Cash Payments:**

| Week Ending | Pre 12/15/13 Retainers and Fees | 12/22/13 | 12/29/13 | 1/5/14 | 1/12/14 | 1/19/14 | 1/26/14 | 2/2/14 | 2/9/14 | 2/16/14 | Total DIP Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lincoln | 200.00 | | | | 50.00 | | | | | | 50.00 |
| Dechert | 1,400.00 | | 350.00 | 150.00 | 150.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,150.00 |
| Young Conaway (DE) | 75.00 | | | 40.00 | | | 40.00 | 10.00 | 40.00 | 20.00 | 150.00 |
| Foreign Counsel | 20.00 | | | | | | | 8.00 | 24.00 | | 32.00 |
| Cash Mgmt Consultant | 74.00 | | 20.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 90.00 |
| | | | | | | | | | | | - |
| Latham | 100.00 | | | | | 30.00 | | 40.00 | | 65.00 | 135.00 |
| BOD Fees | | | 35.00 | | 35.00 | | | | | 50.00 | 120.00 |
| | | | | | | | | | | | - |
| K&E | 200.00 | | | | 50.00 | | | | 100.00 | | 150.00 |
| Bond Local Counsel | | | 25.00 | | 20.00 | | 25.00 | | | 45.00 | 115.00 |
| | | | | | | | | | | | - |
| Otterbourg | | | | | 150.00 | | | | | 100.00 | 250.00 |
| Bank Local Counsel | | | 35.00 | | 20.00 | | | | | 30.00 | 85.00 |
| Winter Harbor | 17.00 | | | | | | 200.00 | | | 150.00 | 350.00 |
| Other Solus Consultant | | | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 120.00 |
| UCC Counsel | | | | | | | | 60.00 | | 180.00 | 240.00 |
| UCC FA | | | | | | | | | | 110.00 | 110.00 |
| | | | | | | | | | | | - |
| Claims Agent | 25.00 | | | | | | | 20.00 | | 35.00 | 55.00 |
| US Trustee Fees | | | | | | | | 20.00 | | 20.00 | 40.00 |
| BDO | 160.00 | | | | | 50.00 | | | | 50.00 | 100.00 |
| | | | | | | | | | | | - |
| Expenses | | | 50.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 50.00 | 250.00 |
| Contingency | | | 50.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 225.00 |
| Total | $ 2,271.00 | $ - | $ 580.00 | $ 265.00 | $ 550.00 | $ 255.00 | $ 440.00 | $ 333.00 | $ 339.00 | $ 1,055.00 | $ 3,817.00 |
| Dip Fee Wells Fargo | | | 175 | | | | | | | | 175 |
| Dip Fee Bondholders | | | 620 | | | | | | | | 620 |
| Total Professional Fees | $ 2,271.00 | $ - | $ 1,375.00 | $ 265.00 | $ 550.00 | $ 255.00 | $ 440.00 | $ 333.00 | $ 339.00 | $ 1,055.00 | $ 4,612 |