IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CONSTAR INTERNATIONAL HOLDINGS LLC, <u>et al.</u>, | ) Case No. 13-13281 (CSS) |
| | ) Jointly Administered |
| Debtors.[1] | ) |
| | ) **Requested Bidding Procedures Objection Deadline:** |
| | )     **January 6, 2014 at 4:00 p.m. (ET)** |
| | ) **Requested Bidding Procedures Hearing Date:** |
| | )     **January 9, 2014 at 1:00 p.m. (ET)** |
| | ) **Sale Objection Deadline: TBD** |
| | ) **Sale Hearing Date: TBD** |

## NOTICE OF MOTION

TO: (I) THE U.S. TRUSTEE; (II) THE CREDITORS (EXCLUDING INSIDERS) HOLDING THE 30 LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS; (III) COUNSEL TO WELLS FARGO CAPITAL FINANCE, LLC; (IV) COUNSEL TO CERTAIN LENDERS UNDER THE TERM FACILITIES; (V) COUNSEL TO DEBTOR IN POSSESSION LENDERS; (VI) COUNSEL TO THE BOARD; (VII) ALL TAXING AUTHORITIES, INCLUDING THE INTERNAL REVENUE SERVICE; (VIII) THE ENVIRONMENTAL PROTECTION AGENCY; (IX) THE STATE/LOCAL ENVIRONMENTAL AGENCIES IN THE JURISDICTION WHERE THE DEBTORS OWN OR LEASE REAL PROPERTY; (X) ALL PARTIES HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002; (XI) ALL PERSONS OR ENTITIES KNOWN TO THE DEBTORS THAT HAVE OR HAVE ASSERTED A LIEN OR SECURITY INTEREST ON ACQUIRED ASSETS; (XII) ALL POTENTIAL BIDDERS; AND (XV) THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have filed the *Motion of the Debtors for Orders: (I) Approving (A) Bidding Procedures; (B) Bid Protections; (C) Form and Manner of Notices; (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief; and (IV) (A) Approving Sale of Certain of the Debtors' Assets; (B) Authorizing Assumption and*

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Constar International Holdings LLC (1880); Constar Group Holdings, Inc. (3047); Constar Intermediate Holdings, Inc. (4242); Constar Group, Inc. (4281); Constar International LLC (9304); BFF Inc. (1229); DT, Inc. (7693); Constar, Inc. (0950); Constar Foreign Holdings, Inc. (8591); and Constar International U.K. Limited (Foreign). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1100 Northbrook Drive, 2nd Floor, Trevose, PA 19053.

01:14619580.1

*Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* (the "**Motion**").[2]

PLEASE TAKE FURTHER NOTICE that the Debtors have requested that objections, if any, to the relief in the Motion with respect to approval of the Bidding Procedures be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 6, 2014, at 4:00 p.m. (ET)** (the "**Proposed Bidding Procedures Objection Deadline**"). If the Court grants the Debtors' request to have the Motion heard at the hearing scheduled for January 9, 2014 at 1:00 p.m. (ET), you must serve a copy of any objection upon the following parties so as to be received on or before the Proposed Bidding Procedures Objection Deadline: (1) the Debtors, 1100 Northbrook Drive, Trevose, Pennsylvania 19053, Attn: J. Mark Borseth; (2) counsel to the Debtors, Dechert LLP, 1095 Avenue of the Americas, New York, NY 10036, Attn: Michael Sage (michael.sage@dechert.com), Brian Greer (brian.greer@dechert.com), and Stephen Wolpert (stephen.wolpert@dechert.com) and Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801, Attn: Robert Brady (rbrady@ycst.com) and Sean Greecher (sgreecher@ycst.com); (3) financial advisors to the Debtors, Lincoln International LLC, 360 Madison Avenue, 21st Floor New York, NY 10017, Attn: Alexander Stevenson (astevenson@lincolninternational.com) and Jason Solganick (jsolganick @lincolninternational.com); (4) legal and financial advisors to any statutory committee appointed; (5) counsel to the Stalking Horse Bidder, Foley & Lardner LLP, 500 Woodward Avenue, Detroit, Michigan 48243, Attn: Daljit S. Doogal and John A. Simon; (6) counsel to the Term Lenders, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 6054, Attn: Patrick J. Nash and 601 Lexington Avenue, New York, New York 10022, Attn: Brian E. Schartz and (7) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Jane M. Leamy; and (iv) counsel to any official committee appointed in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE THAT THE DEBTORS HAVE REQUESTED THAT A HEARING TO CONSIDER APPROVAL OF THE BIDDING PROCEDURES BE HELD ON **JANUARY 9, 2014 AT 1:00 P.M. (ET)** (THE "**PROPOSED BIDDING PROCEDURES HEARING**") BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT THE COURT HAS NOT YET SCHEDULED A DATE FOR THE SALE HEARING, AT WHICH THE DEBTORS INTEND TO SEEK ENTRY OF THE SALE ORDER. AT A LATER DATE, YOU WILL RECEIVE A NOTICE OF THE DATE OF THE SALE HEARING AND THE DEADLINE BY WHICH PARTIES MUST FILE AND SERVE OBJECTIONS TO ENTRY OF THE SALE ORDER.

PLEASE TAKE FURTHER NOTICE IF YOU FAIL TO OBJECT TO ENTRY OF AN ORDER APPROVING THE BIDDING PROCEDURES IN ACCORDANCE WITH

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:14619580.1

- 2 -

- 3 -

THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

Dated:  December 23, 2013
        Wilmington, Delaware

    */s/ Maris J. Kandestin*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Maris J. Kandestin (No. 5294)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and –

Michael J. Sage
Brian E. Greer
Stephen M. Wolpert
Janet Bollinger Doherty
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Proposed Attorneys for the Debtors and Debtors in Possession*

01:14619580.1