**<u>EXHIBIT D</u>**

**Sale Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONSTAR INTERNATIONAL HOLDINGS LLC, et al., | ) ) | Case No. 13 - 13281 (CSS) |
| | ) | Jointly Administered |
| Debtors.[1] | ) ) | |

### NOTICE OF BID DEADLINE, PUBLIC AUCTION, AND
### SALE HEARING IN CONNECTION WITH THE SALE OF
### SUBSTANTIALLY ALL OF CERTAIN OF THE DEBTORS' ASSETS

**PLEASE TAKE NOTICE THAT,** on December 23, 2013, Constar International Holdings LLC, and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), filed their *Motion of Debtors for Orders: (I) Approving (A) Bidding Procedures; (B) Bid Protections; (C) Form and Manner of Notices; (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief; and (IV)(A) Approving Sale of Certain of the Debtors' Assets; (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. [●]] (the "**Bidding Procedures Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), which seeks approval of key dates, times, and procedures related to the sale of substantially all of the assets of Constar International U.K. Limited (the "**Purchased U.K. Assets**").

**PLEASE TAKE FURTHER NOTICE THAT,** on [●], 2014, the Bankruptcy Court entered the Bidding Procedures Order [Docket No. [●]]. Pursuant to the Bidding Procedures Order, the Auction for the Purchased U.K. Assets shall take place on [●], 2014 at [●] (prevailing Eastern time) at the offices of counsel for the Debtors, Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036, or such other place and time as the Debtors shall notify all Qualified Bidders, including any Stalking Horse Bidder, any Qualified Bidder's counsel, legal and financial advisors to any statutory committee appointed, and all other invitees and their respective counsel. Only parties that have submitted a Qualified Bid in accordance with the Bidding Procedures, attached to the Debtors' Motion as **Exhibit B**, by no later than [●], 2014 at [●] (prevailing Eastern time) (the "**Bid Deadline**") may participate at the Auction. Any party that wishes to take part in this process and submit a bid for the Purchased U.K. Assets must submit a competing bid so that it is actually received prior to the Bid Deadline and in accordance

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Constar International Holdings LLC (1880); Constar Group Holdings, Inc. (3047); Constar Intermediate Holdings, Inc. (4242); Constar Group, Inc. (4281); Constar International LLC (9304); BFF Inc. (1229); DT, Inc. (7693); Constar, Inc. (0950); Constar Foreign Holdings, Inc. (8591); and Constar International U.K. Limited (Foreign). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1100 Northbrook Drive, 2nd Floor, Trevose, PA 19053.

with the Bidding Procedures.  Parties interested in receiving information regarding the sale of the Purchased U.K. Assets should contact the Debtors' financial advisors, Lincoln Partners Advisors LLC, 633 West Fifth Street, Suite 6650, Los Angeles, California 90071, Attn.: Alexander W. Stevenson (astevenson@lincolninternational.com).

**PLEASE TAKE FURTHER NOTICE THAT** the Sale Hearing to consider approval of the Sale to the Stalking Horse Bidder or to a Successful Bidder or Successful Bidders (as defined in the Bidding Procedures) free and clear of all liens, claims, encumbrances, and interests will be held before the Bankruptcy Court on [●], 2014 at [●] (prevailing Eastern time).  The Sale Hearing may be continued from time to time, in accordance with the Bidding Procedures Order, without further notice to creditors or parties-in-interest other than by announcement of the continuance in open court on the date scheduled for the Sale Hearing (or in a filed agenda).

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to the Sale and the transactions contemplated by the applicable asset purchase agreement, or the relief requested in the Motion must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; and (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware (or filed electronically via CM/ECF with the Bankruptcy Court), on or before [●] (prevailing Eastern time) on [●], 2014 (the "**Sale Objection Deadline**"); and objections, if any, to the conduct of the Auction and/or the selection of the highest or otherwise best Bid at the Auction must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; and (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware (or filed electronically via CM/ECF with the Bankruptcy Court) on or before [●] (prevailing Eastern time) on [●], 2014 (the "**Auction Objection Deadline**"); and any such objections must be served such that they are actually received by the Sale Objection Deadline or the Auction Objection Deadline, as applicable, by: (a) the Office of the United States Trustee for Region 3, serving the District of Delaware; (b) the creditors (excluding insiders) holding the 30 largest unsecured claims against the Debtors, or any official committee of unsecured creditors appointed in these cases, if such committee has been formed; (c) counsel to Wells Fargo Capital Finance, LLC, as Agent Under the Revolving Loan Facility; (d) counsel to Certain Lenders Under the Term Facilities; (e) counsel to the proposed debtor in possession financing facilities; (f) counsel to the Board; (g) all taxing authorities that have jurisdiction over any of the assets subject to the Sale, including the Internal Revenue Service; (h) the Environmental Protection Agency; (i) the state/local environmental agencies in the jurisdictions where the Debtors own or lease real property; (j) all parties that have requested special notice pursuant to Bankruptcy Rule 2002; (k) all persons or entities known to the Debtors that have or have asserted (including through recorded documents) a lien on, or security interest in, all or any portion of the assets subject to the Sale; (l) all Potential Bidders previously identified or otherwise known to the Debtors; and (m) the Office of the United States Attorney for the District of Delaware (collectively, the "**Notice Parties**").

**PLEASE TAKE FURTHER NOTICE THAT** the failure of any entity to file an objection on or before the Sale Objection Deadline shall (a) be deemed to constitute consent to the sale of the Purchased U.K. Assets subject to the Bidding Procedures Order free and clear of liens, claims, encumbrances, and interests to the Stalking Horse Bidder or other Successful Bidder (including any Backup Bidder) and the other relief requested in the Sale Motion and (b) be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Motion,

01:14620830.1

the Auction, the sale of the Purchased U.K. Assets subject to the Bidding Procedures Order free and clear of liens, claims, encumbrances, and interests, or the Debtors' consummation and performance of the terms of the applicable asset purchase agreement entered into with the Stalking Horse Bidder or other Successful Bidder (including any Backup Bidder).

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve their rights, in the exercise of their fiduciary obligations, to modify the Bidding Procedures or impose, at or prior to the Auction, different and/or additional terms and conditions on the sale subject to the Bidding Procedures; **provided**, **however**, that such rules are not inconsistent in any material respect with the Bidding Procedures or the applicable asset purchase agreement.

*[Remainder of page intentionally left blank.]*

01:14620830.1

4

**PLEASE TAKE FURTHER NOTICE THAT** this Notice is subject to the full terms and conditions of the Bidding Procedures Order and the Bidding Procedures, which shall control in the event of any conflict, and the Debtors encourage parties-in-interest to review such documents in their entirety.  A copy of the Sale Motion, the Bidding Procedures, and/or the Bidding Procedures Order, in addition to any related motions that may be filed, may be obtained by accessing the Bankruptcy Court's internet site: https://ecf.deb.uscourts.gov, for a fee, through an account obtained from the PACER website at http://www.pacer.gov.  The documents may also be viewed by accessing the website of the Debtors' notice and claims agent at http://cases.primeclerk.com/constar/.


Dated:    January [●], 2013
          Wilmington, Delaware

 

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Maris J. Kandestin (No. 5294)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Michael J. Sage
Brian E. Greer
Stephen M. Wolpert
Janet Bollinger Doherty
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599


*Proposed Attorneys for the
Debtors and Debtors in Possession*

01:14620830.1