# EXHIBIT E

**Post Auction Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CONSTAR INTERNATIONAL HOLDINGS LLC, et al., | ) ) ) | Case No. 13 - 13281 (CSS) |
| Debtors.¹ | ) ) ) | Jointly Administered |

**NOTICE OF PREVAILING BIDDER AND OF ASSUMPTION
AND ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE**

**PLEASE TAKE NOTICE THAT:**

Pursuant to the *Order (I) Approving (A) Bidding Procedures; (B) Bid Protections; (C) Form and Manner of Notices; (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sales, Including Treatment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* entered by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on [●], 2013 (the "**Bidding Procedures Order**"),[2] the above captioned debtors and debtors in possession (collectively, the "**Debtors**") have accepted the bid of [●] for the purchase of substantially all of the Purchased U.K. Assets. The terms of the bid are set forth in the acquisition agreement (the "**Acquisition Agreement**"), dated as of [●], 201[●] between the Debtors and [●] (the "**Purchaser**"). Copies of the Acquisition Agreement are available upon request from the undersigned counsel to the Debtors.

At the Sale Hearing to be held on [●], 2014 at [●] (prevailing Eastern Time) before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, the Debtors will seek (i) entry of an order, approving the sale of substantially all of the Purchased U.K. Assets free and clear of all liens, claims, interests and encumbrances, including without limitation any successor liability, and (ii) pursuant to the terms of the Acquisition Agreement, to assume and assign the executory contracts and unexpired leases set forth on **Exhibit A** hereto.

Objections, if any, to the sale, must: (a) be in writing; (b) comply with the Bankruptcy Rules and Local Rules; and (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before [●]

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Constar International Holdings LLC (1880); Constar Group Holdings, Inc. (3047); Constar Intermediate Holdings, Inc. (4242); Constar Group, Inc. (4281); Constar International LLC (9304); BFF Inc. (1229); DT, Inc. (7693); Constar, Inc. (0950); Constar Foreign Holdings, Inc. (8591); and Constar International U.K. Limited (Foreign). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1100 Northbrook Drive, 2nd Floor, Trevose, PA 19053.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

01:14620830.1

(prevailing Eastern Time) on [●], 201[●]; and be served upon: (1) the Debtors; (2) all Qualified Bidders, including any Stalking Horse Bidder; (3) all Qualified Bidder's counsel; (4) legal and financial advisors to any statutory committee appointed; and (5) all other invitees and their respective counsel.  UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.

Pursuant to 11 U.S.C. § 365 there is adequate assurance of the Purchaser's future performance under the executory contract or unexpired lease to be assumed and assigned because of the demonstrated financial wherewithal of the Purchaser.  Moreover, if necessary, the Debtors will adduce facts at the hearing on any objection demonstrating the financial wherewithal of the Purchaser, and their willingness and ability to perform under the contracts to be assumed and assigned by them.

Dated:   January [●], 2014
         Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Maris J. Kandestin (No. 5294)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Michael J. Sage
Brian E. Greer
Stephen M. Wolpert
Janet Bollinger Doherty
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Proposed Attorneys for the Debtors and Debtors in Possession*

01:14620830.1

2