**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CONSTAR INTERNATIONAL HOLDINGS LLC, et al., | ) Case No. 13-13281 (CSS) |
|  | ) Jointly Administered |
| Debtors.[1] | ) |

**MOTION FOR ORDER PURSUANT TO LOCAL RULE 9006-1(e)
SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER
DEBTORS' MOTION FOR ORDERS: (I) APPROVING (A) BIDDING PROCEDURES;
(B) BID PROTECTIONS; (C) FORM AND MANNER OF NOTICES; (II) SCHEDULING
DATES TO CONDUCT AUCTION AND HEARING TO CONSIDER FINAL
APPROVAL OF SALE, INCLUDING TREATMENT OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF; AND (IV)(A)
APPROVING SALE OF CERTAIN OF THE DEBTORS' ASSETS; (B) AUTHORIZING
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES; AND (C) GRANTING CERTAIN RELATED RELIEF**

On the date hereof, the above-captioned debtors and debtors in possession (each a "**Debtor**" and, collectively, the "**Debtors**") filed a motion (the "**U.K. Sale Motion**")[2] for entry of an order (the "**Bidding Procedures Order**") pursuant to sections 105(a), 363, and 365 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), and Rules 2002, 6004, and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"): (a) approving bidding procedures and bid protections to govern the sale of substantially all of the assets of Debtor Constar International U.K. Limited (the "**Purchased U.K. Assets**"); (b) approving the form and manner of notices in connection with the bidding procedures; (c)

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Constar International Holdings LLC (1880); Constar Group Holdings, Inc. (3047); Constar Intermediate Holdings, Inc. (4242); Constar Group, Inc. (4281); Constar International LLC (9304); BFF Inc. (1229); DT, Inc. (7693); Constar, Inc. (0950); Constar Foreign Holdings, Inc. (8591); and Constar International U.K. Limited (Foreign). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1100 Northbrook Drive, 2nd Floor, Trevose, PA 19053.

[2] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the U.K. Sale Motion.

01:14617042.2

scheduling dates to conduct an auction and a hearing to consider final approval of the sale of the Purchased U.K. Assets, including treatment of executory contracts and unexpired leases; and (d) granting related relief.  The Debtors hereby move the Court (the "**Motion to Shorten**"), pursuant to Bankruptcy Rule 2002 and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for an order shortening the time for notice of the U.K. Sale Motion with respect to consideration of the proposed Bidding Procedures Order.  In support of the Motion to Shorten, the Debtors respectfully state as follows:

1. Bankruptcy Rule 2002(a) requires twenty-one (21) days' notice prior to the hearing date for motions filed in chapter 11 cases involving the relief requested in the U.K. Sale Motion.  See Fed. R. Bankr. P. 2002(a).  Pursuant to Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice.  See Del. Bankr. L.R. 9006-1(e).  The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing on the U.K. Sale Motion to consider entry of the proposed Bidding Procedures Order (the "**Hearing**").

2. As set forth more fully in the U.K. Sale Motion, the sale of the Purchased U.K. Assets represents the culmination of an extensive negotiation process between the Debtors and their professional advisors on the one hand, and certain of the Debtors' secured lenders and their counsel on the other.  On October 27 and 29, 2013, the Debtors received non-binding written offers from two interested parties, including Amcor Rigid Plastics USA, Inc. ("**Amcor**") setting forth the terms upon which those parties would purchase substantially all of Debtors' assets.  Amcor's offer included a purchase price sufficient to satisfy all amounts due and outstanding under the Revolving Loan Facility, and provided significant value to the Term

Lenders. However, Amcor's offer did not include an offer to purchase the Purchased U.K. Assets. Accordingly, the Debtors intend to conduct an auction for the Purchased U.K. Assets on the same timeline as the auction for the Debtors' U.S. assets. This procedure will enable bidders to submit bids for the Debtors' U.S. assets, the Purchased U.K. Assets, or all of the Debtors' assets at the same time. The Debtors' believe that this is in the best interests of their estates and is likely to result in the maximization of value for the Debtors' stakeholders. To facilitate this sale, certain of the Debtors' secured lenders agreed to fund the operations of Debtor Constar International U.K. Limited as part of a proposed debtor in possession financing facility for a very limited time. This funding will allow Constar International U.K. Limited to continue to operate, preserving its going concern value and consequently maximizing the potential sale price at the Auction.

3. The Debtors therefore developed the Bidding Procedures and Bid Protections consistent with their need to expedite the sale process, but with the objective of promoting further active bidding that will result in the highest or best offer the marketplace can sustain for these assets. The Bidding Procedures and Bid Protections further reflect the Debtors' objective of conducting the Auction in a controlled, but fair and open fashion that promotes interest in the Purchased U.K. Assets by financially-capable, motivated bidders that are likely to close on a sale transaction.

4. The Debtors submit that expedited approval of the Bidding Procedures and Bid Protections is critical to their efforts to preserve and maximize estate value for the benefit of all stakeholders. Any delay in the sale process is necessarily harmful to these estates, as the Purchased U.K. Assets will only decline in value and Constar International U.K. Limited will

3

only receive funding for a very limited period of time.  Thus, absent the relief requested herein, the Debtors' efforts to maximize estate value may be jeopardized.

5. In light of the foregoing, the Debtors submit that consideration of the U.K. Sale Motion at the Hearing is necessary and in the best interests of the Debtors, their estates and creditors, and other parties in interest so that the U.K. Sale Motion, and the Bidding Procedures and Bid Protections proposed therein, which are inextricably tied to the Debtors' efforts to maximize estate value, can be approved on an expedited basis.  Accordingly, the Debtors request that a hearing on the relief requested in the U.K. Sale Motion be scheduled for the hearing already on the Court's calendar for January 9, 2013 at 1:00 p.m. (ET), with objections filed by January 6, 2014 at 4:00 p.m. (ET).  The Debtors will serve the U.K. Sale Motion by overnight delivery, fax, or email on the parties indicated therein.

*[Remainder of page intentionally left blank.]*

WHEREFORE, the Debtors respectfully request the entry of the order attached hereto as **Exhibit A**, approving the shortened notice for the U.K. Sale Motion with respect to consideration of the proposed Bidding Procedures Order as set forth herein and approving the form, manner, and sufficiency of notice with respect thereto.

Dated: December 23, 2013
Wilmington, Delaware

    */s/ Maris J. Kandestin*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Maris J. Kandestin (No. 5294)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
- and -

Michael J. Sage
Brian E. Greer
Stephen M. Wolpert
Janet Bollinger Doherty
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Proposed Attorneys for the
Debtors and Debtors in Possession*