# EXHIBIT A

**Proposed Form of Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CONSTAR INTERNATIONAL HOLDINGS LLC, et al., | ) ) ) ) | Case No. 13-13281 (CSS) |
|  | ) | Jointly Administered |
| Debtors.[1] | ) ) | **Re: Docket No. __** |

**ORDER PURSUANT TO LOCAL RULE 9006-1(e)
SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER
DEBTORS' MOTION FOR ORDERS:  (I) APPROVING (A) BIDDING PROCEDURES;
(B) BID PROTECTIONS; (C) FORM AND MANNER OF NOTICES; (II) SCHEDULING
DATES TO CONDUCT AUCTION AND HEARING TO CONSIDER FINAL
APPROVAL OF SALE, INCLUDING TREATMENT OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF; AND (IV)(A)
APPROVING SALE OF CERTAIN OF THE DEBTORS' ASSETS; (B) AUTHORIZING
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES; AND (C) GRANTING CERTAIN RELATED RELIEF**

Upon the motion (the "**Motion to Shorten**")[2] of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order providing that the applicable notice period for the U.K. Sale Motion be shortened pursuant to Local Rule 9006-1(e); and this Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Constar International Holdings LLC (1880); Constar Group Holdings, Inc. (3047); Constar Intermediate Holdings, Inc. (4242); Constar Group, Inc. (4281); Constar International LLC (9304); BFF Inc. (1229); DT, Inc. (7693); Constar, Inc. (0950); Constar Foreign Holdings, Inc. (8591); and Constar International U.K. Limited (Foreign). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1100 Northbrook Drive, 2nd Floor, Trevose, PA 19053.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

01:14617042.3

ORDERED, ADJUDGED AND DECREED that:

1. The Motion to Shorten is granted as set forth herein.

2. Approval of the Bidding Procedures Order shall be considered on January 9, 2014 at 3:00 p.m. (ET) and any response to such relief requested shall be filed by January 6, 2014 at 4:00 p.m. (ET).

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: _____, 2013
      Wilmington, Delaware

                                        _____
                                        The Honorable Christopher S. Sontchi
                                        United States Bankruptcy Judge