# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

David D. Bird
*Clerk of Court*

*To: Sean T. Greecher, Esq.*
*Young Conaway Stargatt & Taylor*
*Rodney Square*
*1000 N. King Street*
*Wilmington, DE 19801*

*Maris J. Kandestin*
*Young Conaway Stargatt & Taylor, LLP*
*Rodney Square*
*1000 N. King Street*
*Wilmington, DE 19801*

**RE:** *13−13281 CSS Constar International Holdings, LLC, et al*

Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on 1/28/2014 at 10:00 AM , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov. Should you want to make changes to this notice, you must contact David D. Bird, Clerk of Court, for approval prior to mailing.

Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before January 7, 2014 and file the Notice and Certificate of Service with the Court no later than January 14, 2014.

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281−1022

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101–7346

Date: 12/26/13

David D. Bird, *Clerk of Court*

(VAN–472)