**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Constar International Holdings LLC, *et al.* | : | Case No. 13-13281(CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| --------------------------------- | | |

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **DAK Americas,** Attn: Veronica Ramirez Briones, 5925 Carnegie Blvd, Suite 500, Charlotte, NC 28209, Phone: (704) 940-7576, Fax: (704) 940-7560

2. **Lotte Chemical UK Limited,** Attn: Mark Kenrick, Davies Offices, Wilton Site, Redcar TS10 4XZ, United Kingdom, Phone: (0)1642451234, Fax: (0)1642451328

3. **QLOG Limited**, Attn: Jim Harlow, 5th Floor Towers Point, Wheelhouse Road, Rugeley, Staffs. WS15 1UN, United Kingdom, Phone: (0)1899 503740, Fax: (0)1899 586703

4. **Morssinkhof Plastics Zeewolde B.V.**, Attn: Bart de Vries, Industrieweg 55, 3899 at Zeewolde, Netherlands, Phone: 31 544 372306, Fax: 31 544 375735

5. **Pension Benefit Guaranty Corporation**, Attn: Craig Yamaoka, 1200 K. Street NW, Washington, D.C. 20005-4026, Phone: (202) 326-4070 x3614, Fax: (202) 842-2643


      ROBERTA A. DEANGELIS
      United States Trustee, Region 3


      /s/ Jane M. Leamy for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: January 6, 2014

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert Brady Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253