## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Constar International Holdings LLC, <u>et al.</u>,[1] | : | Case No. 13-13281 (CSS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Brown Rudnick LLP and Gellert Scali Busenkell &
Brown, LLC hereby enter their appearance on behalf of the Official Committee of Unsecured
Creditors (the "Official Committee") in the above-captioned Chapter 11 cases, and hereby
request, pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy
Procedure, Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United
States Bankruptcy Court for the District of Delaware, and Section 1109(b) of the Bankruptcy
Code, that copies of all notices and pleadings given or filed in this case be given and served upon
the following persons at the address, telephone , and e-mail address indicated:

| | |
|---|---|
| Michael Busenkell, Esq. (DE 3933) | H. Jeffrey Schwartz, Esq. |
| Ronald S. Gellert, Esq. (DE 4259) | Bennett S. Silverberg, Esq. |
| Brya M. Keilson, Esq. (DE 4643) | Aliza Reicher, Esq. |
| **Gellert Scali Busenkell & Brown, LLC** | **Brown Rudnick LLP** |
| 913 N. Market Street, 10th Floor | Seven Times Square |
| Wilmington, DE 19801 | New York, NY 10036 |
| (302) 425-5800 | (212) 209-4800 |
| (302) 425-5814 Fax | (212) 209-4801 Fax |
| mbusenkell@gsbblaw.com | jschwartz@brownrudnick.com |
| rgellert@gsbblaw.com | bsilverberg@brownrudnick.com |
| bkeilson@gsbblaw.com | areicher@brownrudnick.com |

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Constar International
Holdings LLC (1880); Constar Group Holdings, Inc. (3047); Constar Intermediate Holdings, Inc. (4242); Constar Group, Inc.
(4281); Constar International LLC (9304); BFF Inc. (1229); DT, Inc. (7693); Constar, Inc. (0950); Constar Foreign Holdings,
Inc. (8591); and Constar International U.K. Limited (Foreign).  The Debtors' corporate headquarters is located at, and the mailing
address for each Debtor, is 1100 Northbrook Drive, 2nd Floor, Trevose, PA 19053.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated: January 7, 2014

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/  Michael Busenkell*
Michael Busenkell (DE 3933)
Ronald S. Gellert (DE 4259)
Brya M. Keilson (DE 4643)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
(302) 425-5800, (302) 425-5814 Fax
mbusenkell@gsbblaw.com
rgellert@gsbblaw.com
bkeilson@gsbblaw.com

-and-

**BROWN RUDNICK LLP**
H. Jeffrey Schwartz, Esq.
Bennett S. Silverberg, Esq.
Aliza Reicher, Esq.
Seven Times Square
New York, NY 10036
(212) 209-4800, (212) 209-4801 Fax
jschwartz@brownrudnick.com
bsilverberg@brownrudnick.com
areicher@brownrudnick.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*