IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CONSTAR INTERNATIONAL HOLDINGS LLC, et al., | ) Case No. 13 - 13281 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors.[1] | ) |
| | ) Re: Docket Nos. 21, 61, 110, and __ |

**ORDER, PURSUANT TO LOCAL RULE 9006-1(d), GRANTING THE DIP NOTE PURCHASERS LEAVE AND PERMISSION TO FILE DIP NOTE PURCHASERS' RESPONSE TO THE OBJECTION OF BLACK DIAMOND COMMERCIAL FINANCE, L.L.C. TO DEBTORS' MOTION FOR AUTHORITY TO OBTAIN POSTPETITION FINANCING AND GRANT SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§ 105, 364(c), AND 364(d)**

Upon consideration of the DIP Note Purchasers' motion (the "Motion")[2] for entry of an order pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") granting the DIP Note Purchasers leave and permission to file a response (the "Reply") to the Objection; and the Court finding that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated as of February 29, 2012; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of these chapter 11 cases and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) notice of the Motion and the hearing thereon was sufficient under the circumstances; and (v) after due deliberation, good and sufficient cause exists for the relief requested in the Motion. Accordingly, it is hereby

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Constar International Holdings LLC (1880); Constar Group Holdings, Inc. (3047); Constar Intermediate Holdings, Inc. (4242); Constar Group, Inc. (4281); Constar International LLC (9304); BFF Inc. (1229); DT, Inc. (7693); Constar, Inc. (0950); Constar Foreign Holdings, Inc. (8591); and Constar International U.K. Limited (Foreign). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1100 Northbrook Drive, 2nd Floor, Trevose, PA 19053.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted, as set forth herein.

2. The DIP Note Purchasers are granted leave and permission, pursuant to Local Rule 9006-1(d), to file the Reply to the Objection, and the Reply is deemed timely filed and a matter of record in the chapter 11 cases.

3. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this order.

Dated: January 9, 2014
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge