IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CONSTAR INTERNATIONAL ) | Case No. 13-13281 (CSS) |
| HOLDINGS LLC, et al., ) | |
| ) | Jointly Administered |
| Debtors.[1] ) | |
| ) | Re: Docket No. 187 |

## NOTICE OF AUCTION AND SALE HEARING

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On December 19, 2013, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), each filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

2. On December 19, 2013, the Debtors filed a motion (the "**Sale and Bidding Procedures Motion**"), pursuant to sections 105, 363, 365 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006 and 9014 seeking entry of an order (the "**Bidding Procedures Order**"): (i) approving the proposed auction and bidding procedures (the "**Bidding Procedures**," attached as **Exhibit B** to the Sale and Bidding Procedures Motion) for the potential sale of substantially all of the Debtors' U.S. assets (the "**Acquired Assets**") pursuant to that certain asset purchase agreement (the "**Agreement**") with Amcor Rigid Plastics USA, Inc., to serve as the Stalking Horse Bidder (the "**Stalking Horse Bidder**"), free and clear of all liens, claims, interests and encumbrances, including without limitation any successor liability; (ii) approving the bid protections, including the break-up fee and reimbursement of expenses (the "**Break-Up Fee and Expense Reimbursement**"); (iii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts (the "**Assumption and Assignment Procedures**"); (iv) approving the form and manner of notice of all procedures, protections, schedules, and agreements; and (v) scheduling a hearing (the "**Sale Hearing**") to approve such sale (the "**Sale**" or "**Transaction**") [Docket No. 12].[2]

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Constar International Holdings LLC (1880); Constar Group Holdings, Inc. (3047); Constar Intermediate Holdings, Inc. (4242); Constar Group, Inc. (4281); Constar International LLC (9304); BFF Inc. (1229); DT, Inc. (7693); Constar, Inc. (0950); Constar Foreign Holdings, Inc. (8591); and Constar International U.K. Limited (Foreign). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1100 Northbrook Drive, 2nd Floor, Trevose, PA 19053.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sale and Bidding Procedures Motion or the Bidding Procedures Order.

01:14612416.3

3.     On January 10, 2014, the Bankruptcy Court entered the Bidding Procedures Order [Docket No. 187]. Pursuant to the Bidding Procedures Order, only if the Debtors receive one or more Qualified Bids, the Debtors will conduct an auction for the sale of the Debtors' assets (the "**Auction**"), beginning on February 6, 2014 at 1:00 p.m. (prevailing Eastern Time) at the offices of Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036. Only parties that have submitted a Qualified Bid, as set forth in the Bidding Procedures Order and the Bidding Procedures, by no later than February 4, 2014 at 11:59 p.m. (prevailing Eastern Time) (the "**Bid Deadline**") may participate at the Auction. Any party that wishes to take part in this process and submit a bid for the Debtors' assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bidding Procedures.

4.     The Sale Hearing will be held at 12:00 p.m. (prevailing Eastern Time) on February 10, 2014, unless otherwise continued by the Debtors pursuant to terms of the Bidding Procedures. The Sale Hearing will be held before the Honorable Christopher S. Sontchi, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

5.     Objections, if any, to the sale, must: (a) be in writing; (b) comply with the Bankruptcy Rules and Local Bankruptcy Rules; and (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before 4:00 p.m. (prevailing Eastern Time) on February 7, 2014; and be served upon: (1) the Debtors, 1100 Northbrook Drive, Second Floor, Trevose, PA 19053, Attn.: Louis Imbrogno; (2) counsel for the Debtors, Dechert LLP, 1095 Avenue of the Americas, New York, New York, 10036, Attn.: Michael J. Sage, Esq. (michael.sage@dechert.com), Brian E. Greer, Esq. (brian.greer@dechert.com); (3) financial advisor to the Debtors, Lincoln Partners Advisors LLC, 633 West Fifth Street, Suite 6650, Los Angeles, California 90071, Attn.: Alexander W. Stevenson (astevenson@lincolninternational.com); (4) counsel to the Official Committee of Unsecured Creditors, Brown Rudnick LLP, Seven Times Square, New York, NY 10036, Attn: H. Jeffrey Schwartz (jschwartz@brownrudnick.com) and Bennett S. Silverberg (bsilverberg@brownrudnick.com); (5) counsel to the Stalking Horse Bidder, Foley & Lardner LLP, 500 Woodward Avenue, Detroit, Michigan 48243, Attn: Daljit S. Doogal and John A. Simon (ddoogal@foley.com and jsimon@foley.com); and (6) all Potential Bidders previously identified or otherwise known. UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.

6.     This Notice and the Sale Hearing is subject to the fuller terms and conditions of the Sale and Bidding Procedures Motion and the Bidding Procedures Order, which shall control in the event of any conflict, and the Debtors encourage parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of substantially all of the Debtors' U.S. assets and/or copies of any related document, including the Agreement, the Sale and Bidding Procedures Motion, or the Bidding Procedures Order, may make a written request to counsel for the Debtors, Dechert LLP, 1095 Avenue of the Americas, New York, New York, 10036, Attn.: Michael J. Sage, Esq. and Brian E. Greer, Esq. In addition,

copies of the Sale and Bidding Procedures Motion, the Bidding Procedures Order and this Notice can be found on (i) the Court's website, www.deb.uscourts.gov; and (ii) http://cases.primeclerk.com/constar/, and are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801.

Dated:   January 10, 2014
           Wilmington, Delaware

/s/ Maris J. Kandestin
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Maris J. Kandestin (No. 5294)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Michael J. Sage
Brian E. Greer
Stephen M. Wolpert
Janet Bollinger Doherty
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Proposed Attorneys for the Debtors and Debtors in Possession*