IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CONSTAR INTERNATIONAL<br>HOLDINGS LLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 13-13281 (CSS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 21, 61, 149, 152 & 190 |

## NOTICE OF FILING OF PROPOSED FINAL DIP ORDER AND RELATED EXHIBIT

**PLEASE TAKE NOTICE** that, on December 19, 2013, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to Obtain Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105, 364(c) and 364(d); (B) Modifying the Automatic Stay Pursuant to 11. U.S.C. § 362; (C) Authorizing the Debtors to Enter Into Agreement with Each of Wells Fargo Capital Finance, LLC, as Revolving Agent, and Wilmington Trust, National Association, as DIP Note Agent, and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001* [Docket No. 21] (the "**DIP Motion**") with the United States Bankruptcy Court of the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on December 20, 2013, after notice and a hearing, the Court entered an *Order (A) Authorizing the Debtors to Obtain Interim Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105, 364(c) and 364(d); (B) Modifying the Automatic Stay Pursuant to 11. U.S.C. § 362; (C) Authorizing the Debtors to Enter Into Agreement with Each of Wells Fargo*

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Constar International Holdings LLC (1880); Constar Group Holdings, Inc. (3047); Constar Intermediate Holdings, Inc. (4242); Constar Group, Inc. (4281); Constar International LLC (9304); BFF Inc. (1229); DT, Inc. (7693); Constar, Inc. (0950); Constar Foreign Holdings, Inc. (8591); and Constar International U.K. Limited (Foreign). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1100 Northbrook Drive, 2nd Floor, Trevose, PA 19053.

*Capital Finance, LLC, as Revolving Agent, and Wilmington Trust Co, as DIP Note Agent, and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001* [Docket No. 61] (the "**Interim DIP Order**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider entry of the DIP Motion on a final basis was scheduled to take place on January 9, 2014 (the "**Hearing**"). At the Hearing, the Debtors requested that the Court continue the Hearing with respect to the Court's consideration of approval of the DIP Motion on a final basis. The Court granted this requested and scheduled the hearing to consider approval of the DIP Motion on a final basis for **January 14, 2014 at 11:00 a.m. (prevailing Eastern Time)** (the "**Final DIP Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors noted on the record at the Hearing, pursuant to the terms and conditions set forth in the Revolving Loan Documents[2] and the Interim DIP Order, the latter was scheduled to expire on the date of the Hearing. As such, the Debtors made an oral motion to extend the Interim DIP Order through and including the date of the Final DIP Hearing. The Court granted the Debtors' oral motion and requested that a proposed form of order extending the Interim DIP Order be filed.

**PLEASE TAKE FURTHER NOTICE** that on January 10, 2014, the Court entered the *Order Extending and Amending Order (A) Authorizing the Debtors to Obtain Interim Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105, 364(c) and 364(d); (B) Modifying the Automatic Stay Pursuant to 11. U.S.C. § 362; (C) Authorizing the Debtors to Enter Into Agreement with Each of Wells Fargo Capital Finance, LLC, as Revolving Agent, and Wilmington Trust Co, as DIP Note Agent, and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001* [Docket No. 190] (the "**Extension Order**"), which memorialized the Court's ruling at the record at the Hearing.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the DIP Motion.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit I** is a revised proposed form order approving the DIP Motion on a final basis (the "**Proposed Final DIP Order**"). For the convenience of the Court and parties in interest, attached hereto as **Exhibit II** is (1) a blackline of the Proposed Final DIP Order against the form of order filed by the Debtors on January 8, 2014 [Docket No. 149], and (2) a blackline of the current version of the Note Purchase Agreement (Exhibit C to the Proposed Final DIP Order), against the version filed with the Court on January 9, 2014 [Docket No. 152]. The rights of parties in interest to object to entry of the Proposed Final DIP Order are reserved, and the Debtors are advising the Court that the form of Proposed Final DIP Order may be subject to continuing review and comment from the parties in interest.

Dated:   January 13, 2014
         Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　／s／ Maris J. Kandestin
　　　　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
　　　　　　　　　　　　　　　　　　　Robert S. Brady (No. 2847)
　　　　　　　　　　　　　　　　　　　Sean T. Greecher (No. 4484)
　　　　　　　　　　　　　　　　　　　Maris J. Kandestin (No. 5294)
　　　　　　　　　　　　　　　　　　　1000 North King Street
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 571-6600
　　　　　　　　　　　　　　　　　　　Facsimile: (302) 571-1253

　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　Michael J. Sage
　　　　　　　　　　　　　　　　　　　Davin J. Hall
　　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　　1095 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　Telephone: (212) 698-3500
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 698-3599

　　　　　　　　　　　　　　　　　　　*Proposed Attorneys for the*
　　　　　　　　　　　　　　　　　　　*Debtors and Debtors in Possession*