# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 7 |
| Capsule International Holdings LLC, et al. | |
| 1100 Northbrook Drive | |
| Trevose, PA 19053 | |
| **EIN:** 45–2441880 | **Case No.:** 13–13281–CSS |
| Constar International Holdings LLC, et al. | |

### ORDER REQUIRING STATUS REPORT

   *AND NOW*, the case docket reflecting an extended period of inactivity of 180 days or longer,

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C § 105(d)(1), counsel for the Trustee or the Trustee shall file a status report within 21 days of the date of this order.

                                                           Christopher S. Sontchi
                                                           Bankruptcy Judge

Dated: Wilmington, Delaware
        7/30/19