## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAPSULE INTERNATIONAL HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13281 (CSS) |

## STATUS REPORT

## BACKGROUND

1. On December 19, 2013 (the "Petition Date"), the above-captioned debtors (the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On July 10, 2017, the Debtors' chapter 11 cases were converted to cases under chapter 7 [Dkt. No. 1461].

3. On July 10, 2017, Alfred T. Giuliano was appointed as chapter 7 trustee (the "Trustee") of the Debtors' estates pursuant to section 701(a) of the Bankruptcy Code [Dkt. No. 1462].

4. The meeting of creditors required by Section 341 of the Bankruptcy Code was held and concluded as of September 26, 2017 [Dkt. No. 1510].

5. Prior to the Petition Date, the Debtors were producers of polyethylene terephthalate plastic containers for food and beverages.

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Capsule International Holdings, Inc. (1880); Capsule Group Holdings, Inc. (3047); Capsule Intermediate Holdings, Inc. (4242); Capsule Group, Inc. (4281); Capsule International LLC (9304); Capsule DE I, Inc., (1229); Capsule DE II, Inc. (7693); Capsule PA, Inc. (0950); Capsule Foreign Holdings, Inc. (8591); and Capsule International U.K. Limited (Foreign).

6. During the chapter 11 cases, the Debtors sold substantially all of their assets on or about February, 2014.

## PROGRESS OF CHAPTER 7 CASE

7. Since his appointment, the Trustee has been working to monetize and liquidate the Debtors' remaining assets and to minimize administrative expenses.

8. In that regard, the Trustee engaged ASK LLP to continue prosecuting open avoidance actions and collecting judgments.  The Trustee also moved to terminate the claims agent in these cases.

## OPEN ITEMS AND REMAINING TASKS

9. The Trustee is presently investigating whether the Debtors have any additional assets and will soon begin the claims reconciliation process.

Dated:  August 23, 2019

By: /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE  19801
Telephone:  302-777-4350
Facsimile:  302-777-4352

Attorneys for the Chapter 7 Trustee

217009344v1