## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Capsule International Holdings LLC (*f/k/a* Constar International Holdings LLC), *et al.,*[1] | Case No. 13-13281 (BLS) (Jointly Administered) |
| Debtors. | **Objection Deadline: May 17, 2022 at 4:00 p.m.** |

## AMENDED[2] NOTICE OF SATISFACTION OF CLAIMS

Alfred T. Giuliano, chapter 7 trustee (the "Trustee") of the estates (the "Estates") of the above-captioned debtors (the "Debtors"), by and through his undersigned counsel, files this notice (the "Notice") identifying claims scheduled by the Debtors that have been satisfied in full (the "Satisfied Claims"). The Satisfied Claims are set forth on Exhibit A attached hereto**. To the extent that a claim listed on Exhibit A also includes a general unsecured amount, this Notice is not intended to cover such portion of that claim – it is only intended to cover administrative claims.** In support hereof, Trustee respectfully states as follows:

## BACKGROUND

1. On December 19, 2013 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Capsule International Holdings LLC (f/k/a Constar International Holdings LLC) (1880); Capsule Group Holdings, Inc. (f/k/a Constar Group Holdings, Inc.) (3047); Capsule Intermediate Holdings, Inc. (f/k/a Constar Intermediate Holdings, Inc.) (4242); Capsule Group, Inc. (f/k/a Constar Group, Inc.) (4281); Capsule International LLC (f/k/a Constar International LLC) (9304); Capsule DE I, Inc., (f/k/a BFF Inc.) (1229); Capsule DE II, Inc. (f/k/a DT, Inc.) (7693); Capsule PA, Inc. (f/k/a Constar, Inc.) (0950); Capsule Foreign Holdings, Inc. (f/k/a Constar Foreign Holdings, Inc.) (8591); and Capsule International U.K. Limited (f/k/a Constar International U.K. Limited) (Foreign).
[2] **This amends Docket No. 1550 by removing the following claimants: Alvarez & Marsal North America, LLC and Brown Rudnick LLP**.

2.      On July 10, 2017, the Debtors' chapter 11 cases were converted to cases under chapter 7 [Dkt. No. 1461].

3.      On July 10, 2017, Alfred T. Giuliano was appointed as chapter 7 trustee of the Estates pursuant to section 701(a) of the Bankruptcy Code [Dkt. No. 1462].

4.      The meeting of creditors required by Section 341 of the Bankruptcy Code was held and concluded as of September 26, 2017 [Dkt. No. 1510].

**SATISFIED CLAIM**

5.      The Trustee and his professionals have reviewed each of the Satisfied Claims listed on Exhibit A hereto, as well as the Debtors' books and records, and have determined that such Satisfied Claims were satisfied in full by payments made after the Petition Date on account of administrative claims. Accordingly, the Trustee intends to designate on the claims register the Satisfied Claims have been fully paid on account of the asserted administrative claims (not the general unsecured amounts asserted), and the claimants who hold the Satisfied Claims would receive no further distribution on account of such administrative claims.

6.      Out of an abundance of caution, the Trustee is filing and serving this Notice on all parties holding Satisfied Claims and providing such parties with an opportunity to object to the Trustee's determination that such administrative claims have been satisfied in full, as shown on Exhibit A hereto.

7.      Any party that disputes the Trustee's determination with respect to the administrative claims identified in this Notice must file a written response with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 and serve such response on the undersigned counsel to the Trustee on or before **May 17, 2022 at 4:00 p.m. (Eastern Time)**. The Trustee will then determine whether any obligation remains outstanding and owing to such

2

claimant. In the event that the parties are unable to reach a consensual resolution, the Trustee will request the Court schedule a hearing on the matter.

## **RESERVATION OF RIGHTS**

8.      The Trustee expressly reserves the right to amend, modify or supplement this Notice and reserve the right to file additional notices and/or objections with respect to any claims filed or scheduled in these chapter 7 cases.

Dated:  April 7, 2023

**ARCHER & GREINER, P.C.**

 /s/  *David W. Carickhoff*
David W. Carickhoff (No. 3715)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone (302) 777-4350
Facsimile (302) 777-4352
Email: dcarickhoff@archerlaw.com

*Counsel for Chapter 7 Trustee*

**EXHIBIT A**

**Satisfied Amount of Claims**

| Claimant | Claim No. | Case No. | Satisfied Amount of Claim |
|---|---|---|---|
| Advanced Pneumatics Co., Inc.<br>9708 Ashley Dawn Court<br>Fredericksburg, VA 22408 | 283 | 13-13281 | $2,217.00 |
| Applied Adhesives<br>N27 W23539 Paul Road<br>Pewaukee, WI 53150 | 531 | 13-13281 | $5,412.60 |
| Castlecon Projects, LTD<br>8 Shirley Close<br>Castle Donington, Derbys<br>DE74 2XB | 327 | 13-13281 | $2,322.00 |
| Crescent Electric Supply<br>P. O. Box 500<br>East Dubuque, IL 61025 | 184 | 13-13281 | $900.00 |
| Diamond McCarthy LLP<br>909 Fannin Street,<br>15th Floor<br>Houston, TX 70010 | D.I. 1231, 1258 | 13-13281 | $836,378.37 |
| Globetech International, Ltd.<br>20 Loveton Farms Court<br>Sparks, MD 21152 | 111 | 13-13281 | $462.00 |
| High Tech Tool, LLC<br>1050 SE Broadway Drive<br>Lee's Summit, MO 64081 | 271 | 13-13281 | $6,300.00 |
| Lectro Engineering Co.<br>1643 Lotsie Boulevard<br>St. Louis, MO 63132 | 169 | 13-13281 | $170.00 |
| Meyer Laboratory, Inc.<br>2401 W. Jefferson<br>Blue Springs, MO 64015-7298 | 112 | 13-13281 | $2,996.00 |
| Operational Solutions, Inc.<br>P. O. Box 46<br>Louisburg, KS 66053 | 245 | 13-13281 | $49,568.41 |
| Orion Energy Systems, Inc.<br>2210 Woodland Drive<br>Manitowoc, WI 54220 | 238 | 13-13281 | $534.00 |
| Pioneer Funding Group II, LLC<br>Greeley Square Station<br>P. O. Box 20188<br>New York, NY 10001 | 199 | 13-13281 | $30,829.00 |

| Claimant | Claim No. | Case No. | Satisfied Amount of Claim |
|---|---|---|---|
| Quad Illinois<br>d/b/a Shamrock Specialty Packaging<br>2760 Spectrum Drive<br>Elgin, IL 60124-7841 | 100 | 13-13281 | $201.00 |
| Ram Industrial Services, LLC<br>2850 Appleton Street, Suite D<br>Camp Hill, PA 17011 | 292 | 13-13281 | $2,785.00 |
| Sonar Credit Partners III, LLC<br>200 Business Park Drive,<br>Suite 201<br>Armonk, NY 10504 | 267 | 13-13281 | $3,686.00 |
| Southern States Packaging Company<br>P. O. Box 1897<br>Spartanburg, SC 29304 | 138 | 13-13281 | $42,250.00 |
| Wells Fargo Capital Finance, LLC<br>One Boston Place, 18th Floor<br>Boston, MA 02108 | 558 | 13-13281 | $16,135,801.93 plus unliquidated amount |
| Wince Welding Supply, Inc.<br>71 N. Buena Vista Street<br>Newark, OH 43055-6303 | 127 | 13-13281 | $103.00 |
| Young, Conaway, Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | D.I. 679, 776 | 13-13281 | $373,754.66 |

223878793v2