# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: CAPSULE INTERNATIONAL HOLDINGS LLC,<br>　　Constar International Holdings, LLC<br>　　f/k/a Constar International Holdings<br>Debtor(s) | § Case No. 13-13281-BLS<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>Alfred T. Giuliano, Trustee (DE)</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　824 Market Street, 3rd Floor
　　Wilmington, DE 19801

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/09/2023 in Courtroom 1, United States Courthouse, 824 Market Street, 6th Floor
Wilmington, DE 19801.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| Date Mailed: 04/11/2023 | By: /s/ Alfred T. Giuliano |
|---|---|
| | Trustee |

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043
(856) 767-3000

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: CAPSULE INTERNATIONAL HOLDINGS LLC, § Case No. 13-13281-BLS
Constar International Holdings, LLC §
f/k/a Constar International Holdings §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 874,316.02 |
| *and approved disbursements of* | $ 43,095.20 |
| *leaving a balance on hand of* [1] | $ 831,220.82 |
| **Balance on hand:** | $ 831,220.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | WC Works, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 66 | Mecklenberg County Tax Collector | 85,054.08 | 0.00 | 0.00 | 0.00 |
| 95 | Harford County Government | 0.00 | 0.00 | 0.00 | 0.00 |
| 225 | The Travelers Indemnity Company | 75,000.00 | 0.00 | 0.00 | 0.00 |
| 225 | The Travelers Indemnity Company | 0.00 | 0.00 | 0.00 | 0.00 |
| 252 | AIG Specialty Insurance Company | 0.00 | 0.00 | 0.00 | 0.00 |
| 301 | Mecklenburg County Tax Collector | 27,241.88 | 0.00 | 0.00 | 0.00 |
| 353 | UL DQS, Inc. | 11,271.67 | 0.00 | 0.00 | 0.00 |
| 402 | Glenda Jackson | 0.00 | 0.00 | 0.00 | 0.00 |
| 411 | Thermal Care, Inc. | 1,250.00 | 0.00 | 0.00 | 0.00 |
| 424 | WC Works, Inc. | 1,786.30 | 0.00 | 0.00 | 0.00 |
| 515 | Carrolle E. Mills | 88.10 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 532 | WC Works, Inc. | 1,786.30 | 0.00 | 0.00 | 0.00 |
| 549 | Zurich American Insurance Company | 0.00 | 0.00 | 0.00 | 0.00 |
| 558 | Wells Fargo Capital Finance, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 600 | Charlotte Meckienburg County NC | 93,353.51 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $           0.00
Remaining balance:   $      831,220.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 46,965.80 | 0.00 | 46,965.80 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 347.81 | 0.00 | 347.81 |
| Attorney for Trustee, Fees - ASK LLP | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee, Expenses - ASK LLP | 0.00 | 0.00 | 0.00 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 10,854.50 | 0.00 | 10,854.50 |
| Accountant for Trustee, Expenses - Giuliano, Miller & Co., LLC | 75.50 | 0.00 | 75.50 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |
| Other Expenses: C. Marino, Inc. | 1,250.00 | 1,250.00 | 0.00 |
| Attorney for Trustee Fees - Archer & Greiner, PC | 73,552.50 | 8,372.50 | 65,180.00 |
| Attorney for Trustee Expenses - Archer & Greiner, PC | 1,100.36 | 805.78 | 294.58 |
| Other Expenses: Hill Archive | 3,109.99 | 3,109.99 | 0.00 |
| Other Expenses: International Sureties, Ltd | 1,270.32 | 1,270.32 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $       124,368.19
Remaining balance:   $       706,852.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Fees: ASK LLP | 0.00 | 0.00 | 0.00 |
| Other Expenses: AA Electric, Inc. | 0.00 | 0.00 | 0.00 |
| Other Fees: Alvarez & Marsal North America LLC | 24,160.00 | 0.00 | 17,065.78 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Other Fees: BDO USA, LLP | 0.00 | 0.00 | 0.00 |
| Other Fees: Bayard, P.A. | 126,188.54 | 0.00 | 89,135.16 |
| Other Fees: Brown Rudnick, LLP | 466,108.64 | 0.00 | 329,242.80 |
| Other Fees: Ciardi Ciardi & Astin | 4,902.50 | 0.00 | 3,462.95 |
| Other Fees: Dechert, LLP | 0.00 | 0.00 | 0.00 |
| Other Fees: Diamond McCarthy, LLC | 0.00 | 0.00 | 0.00 |
| Other Fees: Forman Holt Eliades & Youngman, LLC | 0.00 | 0.00 | 0.00 |
| Other Fees: Gellert Scali Busenkell & Brown, LLC | 49,142.60 | 0.00 | 34,712.61 |
| Other Fees: Lincoln Partners Advisors, LLC | 0.00 | 0.00 | 0.00 |
| Other Fees: Prime Clerk LLC | 0.00 | 0.00 | 0.00 |
| Other Fees: Prime Clerk LLC, a Kroll Business | 61,521.55 | 0.00 | 43,456.67 |
| Other Fees: Young Conaway Stargatt & Taylor, LLP | 0.00 | 0.00 | 0.00 |
| Other Expenses: ASK LLP | 0.00 | 0.00 | 0.00 |
| Other Expenses: Advanced Pneumatics Co., Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Alps Incorporated | 0.00 | 0.00 | 0.00 |
| Other Expenses: Alvarez & Marsal North America LLC | 134.67 | 0.00 | 95.13 |
| Other Expenses: Applied Adhesives | 0.00 | 0.00 | 0.00 |
| Other Expenses: Astradyne Limited | 0.00 | 0.00 | 0.00 |
| Other Expenses: B.K.L. Freight Service Ltd. | 0.00 | 0.00 | 0.00 |
| Other Expenses: BDO USA, LLP | 0.00 | 0.00 | 0.00 |
| Other Expenses: BMC Group VDR, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Bayard, P.A. | 1,517.20 | 0.00 | 1,071.70 |
| Other Expenses: Belmonte Park Environment | 2,518.00 | 0.00 | 1,778.63 |
| Other Expenses: Biehle Systems, Incorporated | 0.00 | 0.00 | 0.00 |
| Other Expenses: Brown Rudnick, LLP | 1,606.44 | 0.00 | 1,134.73 |
| Other Expenses: COSA Xentaur Corporation | 0.00 | 0.00 | 0.00 |
| Other Expenses: Castlecon Projects, LTD | 0.00 | 0.00 | 0.00 |
| Other Expenses: Charlotte Meckienburg County NC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Chemtek Research Ltd | 0.00 | 0.00 | 0.00 |
| Other Expenses: Chicago Mold Engineering Co., Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Ciardi Ciardi & Astin | 30.34 | 0.00 | 21.43 |
| Other Expenses: Crescent Electric Supply | 0.00 | 0.00 | 0.00 |
| Other Expenses: Davar Services, Inc. | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Other Expenses: Dechert, LLP | 0.00 | 0.00 | 0.00 |
| Other Expenses: Denton Spring Water Co. | 26.00 | 0.00 | 18.37 |
| Other Expenses: Diamond McCarthy, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Dunn & Bradstreet | 0.00 | 0.00 | 0.00 |
| Other Expenses: E5 Andre Zalkin et Cie | 0.00 | 0.00 | 0.00 |
| Other Expenses: East Coast Flooring Limited | 0.00 | 0.00 | 0.00 |
| Other Expenses: Fastenal Company, Inc. | 15,935.55 | 0.00 | 11,256.31 |
| Other Expenses: First Fix Industrial Supplies | 0.00 | 0.00 | 0.00 |
| Other Expenses: Foremost Machine Builders, Inc. | 828.00 | 0.00 | 584.87 |
| Other Expenses: Forman Holt Eliades & Youngman, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Gellert Scali Busenkell & Brown, LLC | 11.00 | 0.00 | 7.77 |
| Other Expenses: Globetech International, Ltd | 0.00 | 0.00 | 0.00 |
| Other Expenses: Good Travel Hull | 0.00 | 0.00 | 0.00 |
| Other Expenses: Harrell Industries, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Hexagon Metrology, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: High Tech Tool, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: John Gay t/a J. Rev | 0.00 | 0.00 | 0.00 |
| Other Expenses: Kase Equipment | 0.00 | 0.00 | 0.00 |
| Other Expenses: LPR-La Palette Rouge GB Ltd | 0.00 | 0.00 | 0.00 |
| Other Expenses: Lectro Engineering Co. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Life Insurance Company of North America | 91,346.28 | 0.00 | 64,523.81 |
| Other Expenses: Lincoln Partners Advisors, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Luisa Alvarez | 0.00 | 0.00 | 18.37 |
| Other Expenses: MSC Industrial Supply Co. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Marsh USA, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Medoc, Ltd | 0.00 | 0.00 | 0.00 |
| Other Expenses: Meyer Laboratory, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Motor & Gear Engineering | 0.00 | 0.00 | 0.00 |
| Other Expenses: New York State Dept. of Tax & Finance | 0.00 | 0.00 | 0.00 |
| Other Expenses: Northern Safety Co., Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Operational Solutions, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Orion Energy Systems, Inc. | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Other Expenses: Pension Benefit Guaranty Corporation | 138,351.00 | 0.00 | 97,726.30 |
| Other Expenses: Pioneer Funding Group II, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Printpack, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Producers Gas Sales, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Quad Illinois | 0.00 | 0.00 | 0.00 |
| Other Expenses: R. A. Walton & Co., Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Ram Industrial Services, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Ryan, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Sonar Credit Partners III, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Southern Heat Corp. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Southern States Packaging Company | 0.00 | 0.00 | 0.00 |
| Other Expenses: Tennessee Department of Revenue | 0.00 | 0.00 | 0.00 |
| Other Expenses: Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |
| Other Expenses: Verizon Communications Inc. | 15,245.22 | 0.00 | 10,768.69 |
| Other Expenses: WC Works, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Waste Management - RMC | 1,116.87 | 0.00 | 788.92 |
| Other Expenses: Wells Fargo Capital Finance, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Wentworth Mold, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: William Schindel | 0.00 | 0.00 | 0.00 |
| Other Expenses: Wince Welding Supply, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Woodcock Washburn LLP | 0.00 | 0.00 | 0.00 |
| Other Expenses: Young Conaway Stargatt & Taylor, LLP | 0.00 | 0.00 | 0.00 |
| Other Expenses: Zurich American Insurance Company | 0.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses: $ 706,852.63
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,453,642.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | WC Works, Inc. | 0.00 | 0.00 | 0.00 |
| 2 | HR Synergistics, Inc. | 0.00 | 0.00 | 0.00 |
| 20 | Fullton County Tax Commissioner | 157,653.63 | 0.00 | 0.00 |
| 273 | Pennsylvania Department of Revenue | 2.00 | 0.00 | 0.00 |
| 334 | Joseph O. Walker | 16,800.00 | 0.00 | 0.00 |
| 341 | Murrell H. Hurst | 79.94 | 0.00 | 0.00 |
| 343 | Jimmie Dale Stark | 0.00 | 0.00 | 0.00 |
| 346 | Thomas Williams | 0.00 | 0.00 | 0.00 |
| 349 | James R. Smiddy | 2,644.00 | 0.00 | 0.00 |
| 354 | Gloria D. Penrod | 0.00 | 0.00 | 0.00 |
| 360 | Bennie Pruett | 0.00 | 0.00 | 0.00 |
| 371 | Vincent E. Barrett | 59,320.00 | 0.00 | 0.00 |
| 374 | Allen J. Gibson | 0.00 | 0.00 | 0.00 |
| 376 | Jackie Madison | 0.00 | 0.00 | 0.00 |
| 377 | Barry R. Sanders | 0.00 | 0.00 | 0.00 |
| 382 | Sandra Sheets | 112.16 | 0.00 | 0.00 |
| 384 | Ohio Bureau of Workers' Compensation | 55,853.17 | 0.00 | 0.00 |
| 385 | Joyce Mullis | 397.83 | 0.00 | 0.00 |
| 399 | Karl F. Goetz | 464.00 | 0.00 | 0.00 |
| 401 | Barbara Hamm | 0.00 | 0.00 | 0.00 |
| 404 | John Staggers | 100,000.00 | 0.00 | 0.00 |
| 405 | Luis Fernandez | 0.00 | 0.00 | 0.00 |
| 406 | Beverly Webster | 0.00 | 0.00 | 0.00 |
| 407 | Willard E. Shaw | 76,000.00 | 0.00 | 0.00 |
| 408 | Luis A. Villanueva | 0.00 | 0.00 | 0.00 |
| 409 | Dorothy L. Huggins | 0.00 | 0.00 | 0.00 |
| 424 | WC Works, Inc. | 0.00 | 0.00 | 0.00 |
| 425 | Dale E. Taitt | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 430 | Joyce Helmick | 57.32 | 0.00 | 0.00 |
| 437 | Pension Benefit Guaranty Corporation | 0.00 | 0.00 | 0.00 |
| 445 | Pension Benefit Guaranty Corporation | 538,960.00 | 0.00 | 0.00 |
| 450 | Igor Muradyan | 108,000.00 | 0.00 | 0.00 |
| 454 | Tempotech, Ltd | 2,847.93 | 0.00 | 0.00 |
| 457 | Pension Benefit Guaranty Corporation | 0.00 | 0.00 | 0.00 |
| 493 | Artie E. Setty | 2,700.00 | 0.00 | 0.00 |
| 498 | Victor M. Davila | 233.33 | 0.00 | 0.00 |
| 502 | Bernard E. Moser | 666.00 | 0.00 | 0.00 |
| 504 | Bernard E. Moser | 20,606.70 | 0.00 | 0.00 |
| 506 | Bernard E. Moser | 1,267.20 | 0.00 | 0.00 |
| 513 | William L. Fike | 174.33 | 0.00 | 0.00 |
| 514 | Mattie M. Threatt | 58.52 | 0.00 | 0.00 |
| 515 | Carrolle E. Mills | 0.00 | 0.00 | 0.00 |
| 518 | David Wayne Hartline, Sr. | 0.00 | 0.00 | 0.00 |
| 523 | Maria Wisniowiecki | 147.00 | 0.00 | 0.00 |
| 525 | Kenneth Dudley | 0.00 | 0.00 | 0.00 |
| 528 | Andrews and Staff Force, Inc. | 0.00 | 0.00 | 0.00 |
| 532 | WC Works, Inc. | 0.00 | 0.00 | 0.00 |
| 534 | United States Department of Labor-EBSA | 0.00 | 0.00 | 0.00 |
| 570 | Luisa Alvarez | 0.00 | 0.00 | 0.00 |
| 584 | Shamim M. Khan | 0.00 | 0.00 | 0.00 |
| 586 | Rachel Richter | 3,009.60 | 0.00 | 0.00 |
| 588 | Wayne Brooks | 50,000.00 | 0.00 | 0.00 |
| 591 | Gary St. Pierre, Jr. | 0.00 | 0.00 | 0.00 |
| 592 | Marvine Shomaker | 94.50 | 0.00 | 0.00 |
| 594 | Zelma L. Beavers | 0.00 | 0.00 | 0.00 |
| 595 | James Merritt | 10,000.00 | 0.00 | 0.00 |
| 615 | Life Insurance Company of North America | 66,453.55 | 0.00 | 0.00 |
| 630 | Tennessee Department of Revenue | 5,348.57 | 0.00 | 0.00 |
| 659 | Robert Lee Snyder | 0.00 | 0.00 | 0.00 |
| 661P | South Carolina Department of Revenue | 2,172.12 | 0.00 | 0.00 |
| 664 | Luvada Polk | 90.18 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 666 | Kathy Wms. Shackelford | 12,500.00 | 0.00 | 0.00 |
| 667 | Mississippi Dept. of Employment Security | 6.13 | 0.00 | 0.00 |
| 669 | Lynda Kay Brooker | 616.20 | 0.00 | 0.00 |
| 670 | Thomas P. Sierra | 0.00 | 0.00 | 0.00 |
| 674 | Comptroller of Maryland | 1,173.00 | 0.00 | 0.00 |
| 683 | William L. Fike | 158.67 | 0.00 | 0.00 |
| 692 | Betty Joyce Neely | 225.55 | 0.00 | 0.00 |

Total to be paid for priority claims:   $            0.00
Remaining balance:   $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,054,667.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | MSC Industrial Supply Co. | 0.00 | 0.00 | 0.00 |
| 8 | MSC Industrial Supply Co. | 94.50 | 0.00 | 0.00 |
| 9 | MSC Industrial Supply Co. | 0.00 | 0.00 | 0.00 |
| 12 | Baker Tilly Virchow Krause, LLP | 34,153.83 | 0.00 | 0.00 |
| 14 | M & M Cleaning Services, Inc. | 1,849.02 | 0.00 | 0.00 |
| 17 | Novatec, Inc. | 9,959.75 | 0.00 | 0.00 |
| 18 | R. J. Hammond Company | 5,550.00 | 0.00 | 0.00 |
| 19 | The King Group, Inc. | 605.77 | 0.00 | 0.00 |
| 24 | Mailender Incorporated | 2,487.18 | 0.00 | 0.00 |
| 25 | Everclean Cleaning Service, Inc. | 1,547.20 | 0.00 | 0.00 |
| 26 | NEA Electric, Inc. | 0.00 | 0.00 | 0.00 |
| 27 | Cintas First Aid | 524.55 | 0.00 | 0.00 |
| 33 | Clear Rate Communications, Inc. | 539.52 | 0.00 | 0.00 |
| 34 | Gallaway Safety & Supply | 688.09 | 0.00 | 0.00 |
| 37 | Ohio Transmission Corporation | 2,700.24 | 0.00 | 0.00 |
| 41 | Kinsley Construction, Inc. | 97,190.00 | 0.00 | 0.00 |

| 44 | Claim Docketed in Error | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 47 | Zurich American Insurance Company | 0.00 | 0.00 | 0.00 |
| 48 | ChemTreat, Incorporated | 42,782.33 | 0.00 | 0.00 |
| 50 | Harrell Industries, Inc. | 1,783.40 | 0.00 | 0.00 |
| 51 | Claim Docketed in Error | 0.00 | 0.00 | 0.00 |
| 54 | ARD Trucking Company, Inc. | 710.83 | 0.00 | 0.00 |
| 55 | Project Construction Company | 1,050.55 | 0.00 | 0.00 |
| 56 | Aldinger Company | 664.72 | 0.00 | 0.00 |
| 57 | Air Logic Power Systems, LLC | 25,314.66 | 0.00 | 0.00 |
| 58 | United Telephone Company of Ohio | 2,479.27 | 0.00 | 0.00 |
| 59 | Advanced Manufacturing Technology for Bottles, Inc. | 1,400.00 | 0.00 | 0.00 |
| 63 | Quest Diagnostics Clinical Laboratories, Inc. | 771.20 | 0.00 | 0.00 |
| 66 | Mecklenberg County Tax Collector | 0.00 | 0.00 | 0.00 |
| 67 | NEA Electric, Inc. | 14,310.00 | 0.00 | 0.00 |
| 70 | Medix Staffing Solutions, Inc. | 0.00 | 0.00 | 0.00 |
| 72 | LPR-La Palette Rouge GB Ltd | 0.00 | 0.00 | 0.00 |
| 73 | Dwayne C. Jones Contracting, Inc. | 1,471.25 | 0.00 | 0.00 |
| 76 | Industrial Repair Service, Inc. | 605.00 | 0.00 | 0.00 |
| 77 | Reliant Energy Retail Services, LLC | 69,534.67 | 0.00 | 0.00 |
| 78 | Gallaway Safety & Supply | 52.61 | 0.00 | 0.00 |
| 79 | Wolf Brothers Carpet and Furniture Cleaning, Inc. | 401.00 | 0.00 | 0.00 |
| 80 | K & K Machine Shop, Inc. | 10,180.00 | 0.00 | 0.00 |
| 83 | NMHG Financial Services, Inc. | 1,805,231.97 | 0.00 | 0.00 |
| 89 | Withers Tool, Die & Mfg Co., Inc. | 2,342.00 | 0.00 | 0.00 |
| 92 | Rite Hite Company, LLC | 23,865.65 | 0.00 | 0.00 |
| 96 | Gas Technology Institute | 967.50 | 0.00 | 0.00 |
| 97 | Claim Docketed in Error | 0.00 | 0.00 | 0.00 |
| 98 | Wentworth Mold, Inc. | 99,504.75 | 0.00 | 0.00 |
| 99 | Mt. Eaton Pallet, Ltd. | 10,364.70 | 0.00 | 0.00 |
| 102 | Crown Equipment Corporation | 1,929.05 | 0.00 | 0.00 |
| 104 | Motor & Gear Engineering | 5,245.00 | 0.00 | 0.00 |
| 110 | Staples, Inc. | 21,708.25 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 115 | Patton's Inc. | 4,633.72 | 0.00 | 0.00 |
| 117 | Biehle Systems, Incorporated | 1,750.00 | 0.00 | 0.00 |
| 118 | Chicago Mold Engineering Co., Inc. | 2,675.00 | 0.00 | 0.00 |
| 122 | Wentworth Mold, Inc. | 0.00 | 0.00 | 0.00 |
| 125 | R. A. Walton & Co., Inc. | 3,170.00 | 0.00 | 0.00 |
| 128 | G. A. G. industries | 15,738.12 | 0.00 | 0.00 |
| 140 | State Line Lighting, Inc. | 5,067.41 | 0.00 | 0.00 |
| 141 | Fritz-Rumer-Cooke Co., Inc. | 7,606.20 | 0.00 | 0.00 |
| 144 | Mellor Tops Maintenance, Ltd | 1,607.56 | 0.00 | 0.00 |
| 146 | B & H Labeling Systems Co. | 1,176.50 | 0.00 | 0.00 |
| 147 | Mayfly Environmental, LLC | 9,565.00 | 0.00 | 0.00 |
| 153 | American Hose & Hardware | 5,508.03 | 0.00 | 0.00 |
| 168 | Northern Safety Co., Inc. | 0.00 | 0.00 | 0.00 |
| 175 | Ohio Industrial Filter Products | 0.00 | 0.00 | 0.00 |
| 199 | Pioneer Funding Group II, LLC | 1,467.75 | 0.00 | 0.00 |
| 209 | Claim Docketed in Error | 0.00 | 0.00 | 0.00 |
| 245 | Operational Solutions, Inc. | 18,125.00 | 0.00 | 0.00 |
| 252 | AIG Specialty Insurance Company | 7,388.79 | 0.00 | 0.00 |
| 256 | Ram Industrial Services, LLC | 25,172.14 | 0.00 | 0.00 |
| 259 | Claim Docketed in Error | 0.00 | 0.00 | 0.00 |
| 275 | John Gay t/a J. Rev | 276.00 | 0.00 | 0.00 |
| 280 | Medix Staffing Solutions, Inc. | 11,787.39 | 0.00 | 0.00 |
| 281 | InterCall, Inc. | 3,415.21 | 0.00 | 0.00 |
| 288 | Clean Venture, Inc. | 2,785.50 | 0.00 | 0.00 |
| 292 | Ram Industrial Services, LLC | 0.00 | 0.00 | 0.00 |
| 294 | Donald Bowers | 2,837.64 | 0.00 | 0.00 |
| 297 | Northern Safety Co., Inc. | 12,272.01 | 0.00 | 0.00 |
| 298 | Motion Industries | 10,359.26 | 0.00 | 0.00 |
| 299 | Allied Electronics, Inc. | 1,500.69 | 0.00 | 0.00 |
| 300 | Zep Sales & Services | 15,769.01 | 0.00 | 0.00 |
| 302 | AT&T Corp | 0.00 | 0.00 | 0.00 |
| 303 | R & D Tool and Engineering Company | 87,650.00 | 0.00 | 0.00 |
| 305 | Heritage-Crystal Clean, LLC | 13,688.86 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 308 | Harford County Government | 0.00 | 0.00 | 0.00 |
| 309 | Nalco Company | 4,740.00 | 0.00 | 0.00 |
| 310 | BMC Group VDR, LLC | 13,917.65 | 0.00 | 0.00 |
| 316 | International Paper Credit | 79,676.08 | 0.00 | 0.00 |
| 321 | Steiner Electric Company | 2,007.75 | 0.00 | 0.00 |
| 323 | Integrys Energy Services-Natural Gas LLC | 10,228.86 | 0.00 | 0.00 |
| 325 | American Express Travel Related Services | 7,789.04 | 0.00 | 0.00 |
| 328 | Southwestern Bell Telephone Company | 4,244.69 | 0.00 | 0.00 |
| 330 | Richard L. Baker | 5,391.00 | 0.00 | 0.00 |
| 332 | The King Group, Inc. | 352.23 | 0.00 | 0.00 |
| 333 | James R. Harper | 0.00 | 0.00 | 0.00 |
| 335 | Carol J. Parker | 48.00 | 0.00 | 0.00 |
| 337 | Steven Lamb | 0.00 | 0.00 | 0.00 |
| 338 | J. A. King & Co., LLC | 929.49 | 0.00 | 0.00 |
| 339 | Franklin LC | 12,000.00 | 0.00 | 0.00 |
| 340 | Board of Public Utilities | 105,321.44 | 0.00 | 0.00 |
| 342 | Franklin D. Watson | 0.00 | 0.00 | 0.00 |
| 344 | Central Ohio Paper & Pack | 1,166.64 | 0.00 | 0.00 |
| 347 | Walter R. Payne | 180.62 | 0.00 | 0.00 |
| 348 | Midwest Air Parts, Inc. | 966.00 | 0.00 | 0.00 |
| 351 | Garber Scale Co. | 390.63 | 0.00 | 0.00 |
| 352 | G. B. Services | 6,360.98 | 0.00 | 0.00 |
| 353 | UL DQS, Inc. | 0.00 | 0.00 | 0.00 |
| 355 | Frank W. Focht | 0.00 | 0.00 | 0.00 |
| 356 | Salina Vortex Corp | 0.00 | 0.00 | 0.00 |
| 357 | Packaged Systems, Inc. | 725.66 | 0.00 | 0.00 |
| 358 | J. P. Plant Hire, LTD | 0.00 | 0.00 | 0.00 |
| 359 | Robin Annette Baker | 5,391.00 | 0.00 | 0.00 |
| 366 | Penn-Air & Hydraulics | 272.70 | 0.00 | 0.00 |
| 369 | Thermal Corporation | 304.48 | 0.00 | 0.00 |
| 370 | Tatum Ohmer | 0.00 | 0.00 | 0.00 |
| 372 | Trane US, Inc. | 111,581.54 | 0.00 | 0.00 |
| 373 | Bruce H. Morrison | 508.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 375 | Fremont Company | 0.00 | 0.00 | 0.00 |
| 378 | Water Event | 303.10 | 0.00 | 0.00 |
| 379 | James L. Vaught | 75.70 | 0.00 | 0.00 |
| 381 | The Marlin Company | 610.46 | 0.00 | 0.00 |
| 383 | Quad Illinois | 201.06 | 0.00 | 0.00 |
| 386 | Bemis Company, Inc. | 10,216.90 | 0.00 | 0.00 |
| 387 | Infinite Energy | 7,496.65 | 0.00 | 0.00 |
| 389 | Larry Lee Vilfer | 178.92 | 0.00 | 0.00 |
| 390 | Paperclip Promotions, LLC | 17,800.33 | 0.00 | 0.00 |
| 391 | Willie E. Beverly | 200,000.00 | 0.00 | 0.00 |
| 392 | Suan Adkison | 0.00 | 0.00 | 0.00 |
| 393 | Bailey Gentry | 50,000.00 | 0.00 | 0.00 |
| 394 | Ohio Transmission Corporation | 2,700.24 | 0.00 | 0.00 |
| 396 | Northern Safety Co., Inc. | 12,272.01 | 0.00 | 0.00 |
| 397 | Voss Equipment, Inc. | 754.91 | 0.00 | 0.00 |
| 398 | Willie Mae Crawford | 0.00 | 0.00 | 0.00 |
| 400 | Galbraith Labortories | 1,472.00 | 0.00 | 0.00 |
| 402 | Glenda Jackson | 0.00 | 0.00 | 0.00 |
| 403 | Mecmesin Corporation | 1,585.00 | 0.00 | 0.00 |
| 410 | Paul R. Toth | 681.38 | 0.00 | 0.00 |
| 411 | Thermal Care, Inc. | 1,250.00 | 0.00 | 0.00 |
| 413 | Peachtree Breakroom Services, Inc. | 593.88 | 0.00 | 0.00 |
| 415 | Black Box Corporation | 578.36 | 0.00 | 0.00 |
| 416 | Charlotte Simmons | 0.00 | 0.00 | 0.00 |
| 418 | OneNeck IT Services Corporation | 142,800.36 | 0.00 | 0.00 |
| 419 | Hy-Tek Material Handling, Inc. | 2,022.87 | 0.00 | 0.00 |
| 423 | Southern States Packaging Company | 50,700.00 | 0.00 | 0.00 |
| 426 | Cytec Systems UK Limited | 9,409.94 | 0.00 | 0.00 |
| 427 | Dell Marketing, L.P. | 9,872.23 | 0.00 | 0.00 |
| 428 | Wilbert Denoyer | 4,038.55 | 0.00 | 0.00 |
| 429 | Endoline Machinery Ltd | 0.00 | 0.00 | 0.00 |
| 432 | Marianne Shriver | 233.00 | 0.00 | 0.00 |
| 433 | Shannon & Wilson, Inc. | 17,795.23 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 439 | Claim Docketed in Error | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 444 | Claim Docketed in Error | 0.00 | 0.00 | 0.00 |
| 445 | Pension Benefit Guaranty Corporation | 3,300,699.00 | 0.00 | 0.00 |
| 451 | Connell Industries, Inc. | 28,455.00 | 0.00 | 0.00 |
| 452 | Margaret E. Schoen | 0.00 | 0.00 | 0.00 |
| 457 | Pension Benefit Guaranty Corporation | 52,300,000.00 | 0.00 | 0.00 |
| 469 | Good Travel | 1,645.34 | 0.00 | 0.00 |
| 470 | Daisy Rivera | 0.00 | 0.00 | 0.00 |
| 474 | Avidty IP Limited | 606.79 | 0.00 | 0.00 |
| 477 | Good Travel Hull | 4,127.72 | 0.00 | 0.00 |
| 484 | Blow Mold Services, Inc. | 15,800.00 | 0.00 | 0.00 |
| 485 | Chheng Sitha | 0.00 | 0.00 | 0.00 |
| 486 | Claim Docketed in Error | 0.00 | 0.00 | 0.00 |
| 487 | Larry L. Green | 0.00 | 0.00 | 0.00 |
| 488 | Claim Docketed in Error | 0.00 | 0.00 | 0.00 |
| 489 | Producers Gas Sales, Inc. | 0.00 | 0.00 | 0.00 |
| 507 | Health Advocate, Inc. | 1,404.20 | 0.00 | 0.00 |
| 509 | James L. Blubaugh | 63,274.50 | 0.00 | 0.00 |
| 510 | Crown Cork & Seal USA, Inc. | 8,611.94 | 0.00 | 0.00 |
| 512 | Petrolink USA, LLC | 2,340.80 | 0.00 | 0.00 |
| 516 | Steve Bradford | 21,569.50 | 0.00 | 0.00 |
| 517 | Frank N. Brackett | 0.00 | 0.00 | 0.00 |
| 519 | Crown Cork & Seal USA, Inc. | 5,258.10 | 0.00 | 0.00 |
| 520 | Verizon | 10,216.09 | 0.00 | 0.00 |
| 524 | Richard Evans | 0.00 | 0.00 | 0.00 |
| 526 | Don A. Owens | 0.00 | 0.00 | 0.00 |
| 527 | NEA Electric, Inc. | 14,310.00 | 0.00 | 0.00 |
| 528 | Andrews and Staff Force, Inc. | 58,704.42 | 0.00 | 0.00 |
| 540 | HR Synergistics, Inc. | 118,771.75 | 0.00 | 0.00 |
| 544 | Dunn & Bradstreet | 0.00 | 0.00 | 0.00 |
| 547 | Eastern Lift Truck Company, Inc. | 8,713.50 | 0.00 | 0.00 |
| 548 | BellSouth Telecommunications, Inc. | 1,577.37 | 0.00 | 0.00 |
| 549 | Zurich American Insurance Company | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 552 | The Tharpe Company, Inc. | 13,548.40 | 0.00 | 0.00 |
| 555 | Cornerstone Relocation Group LLC | 5,000.00 | 0.00 | 0.00 |
| 577 | VICI Precision Sampling, Inc. | 378.82 | 0.00 | 0.00 |
| 580 | Carolyn White | 0.00 | 0.00 | 0.00 |
| 581 | AT&T Corp | 14,579.41 | 0.00 | 0.00 |
| 587 | Smith Transport, Inc. | 17,347.74 | 0.00 | 0.00 |
| 596 | Nicor Gas | 35,374.02 | 0.00 | 0.00 |
| 599 | Crystal Springs Water Co. | 220.67 | 0.00 | 0.00 |
| 601 | Joe M. Beeson | 78,000.00 | 0.00 | 0.00 |
| 602 | Claim Docketed in Error | 0.00 | 0.00 | 0.00 |
| 607 | Dunn & Bradstreet | 0.00 | 0.00 | 0.00 |
| 610 | Hasco-Internorm Limited | 2,263.20 | 0.00 | 0.00 |
| 614 | OneNeck IT Services Corporation | 814,914.36 | 0.00 | 0.00 |
| 621 | RNA Precision, Inc. | 2,922.00 | 0.00 | 0.00 |
| 622 | WC Works, Inc. | 32,374.20 | 0.00 | 0.00 |
| 624 | Chempoint.Com, Inc. | 4,500.00 | 0.00 | 0.00 |
| 626 | Sigma-Aldrich, Inc. | 305.76 | 0.00 | 0.00 |
| 636 | K & K Machine Shop, Inc. | 9,720.00 | 0.00 | 0.00 |
| 637 | AF U.S.A., Inc. | 10,633.00 | 0.00 | 0.00 |
| 638 | M. Holland Company | 22,500.00 | 0.00 | 0.00 |
| 639 | Baker Tilly Virchow Krause, LLP | 18,488.00 | 0.00 | 0.00 |
| 640 | R. J. Hammond Company, Inc. | 5,550.00 | 0.00 | 0.00 |
| 641 | Nisbet Oil Company | 935.25 | 0.00 | 0.00 |
| 642 | Pierre Rand | 0.00 | 0.00 | 0.00 |
| 643 | Petri Electric, Inc. | 7,792.00 | 0.00 | 0.00 |
| 644 | Richard l. Babcock | 0.00 | 0.00 | 0.00 |
| 645 | Gloria Williams | 0.00 | 0.00 | 0.00 |
| 646 | Gerardo Valdes | 0.00 | 0.00 | 0.00 |
| 647 | Linda Gale Davis Ambuhl | 0.00 | 0.00 | 0.00 |
| 648 | Emmerson Doors, Ltd. | 4,165.20 | 0.00 | 0.00 |
| 649 | Shirley M. Overbey | 0.00 | 0.00 | 0.00 |
| 650 | Hexagon Metrology, Inc. | 0.00 | 0.00 | 0.00 |
| 651 | Baltimore Gas and Electric Co. | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 652 | Baltimore Gas and Electric Co. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 653 | James C. Herman | 136.69 | 0.00 | 0.00 |
| 654 | Thomas R. DiMichele | 5,000.00 | 0.00 | 0.00 |
| 655 | Edward E. Cartwright | 0.00 | 0.00 | 0.00 |
| 656 | Piedmont Natural Gas Company of NC | 9,990.14 | 0.00 | 0.00 |
| 657 | Advanced Manufacturing Technology for Bottles, Inc. | 1,400.00 | 0.00 | 0.00 |
| 658 | John Lesniowski | 0.00 | 0.00 | 0.00 |
| 660 | Jean Curtis (widow of Dennis L. Curtis) | 0.00 | 0.00 | 0.00 |
| 662 | Hilda Nix | 0.00 | 0.00 | 0.00 |
| 663 | Willis Hise | 0.00 | 0.00 | 0.00 |
| 665 | Earl Dean Congdon | 153.64 | 0.00 | 0.00 |
| 668 | Earl Renieck Strine (James P. Strine) | 62.46 | 0.00 | 0.00 |
| 671 | American Express Travel Related Services Co. | 34.75 | 0.00 | 0.00 |
| 672 | Aoki Laboratory America, Inc. | 58,329.70 | 0.00 | 0.00 |
| 673 | Norman Oliver Thomas | 0.00 | 0.00 | 0.00 |
| 675 | Marie Hawkins | 0.00 | 0.00 | 0.00 |
| 676 | American Express Travel Related Services Co. | 3,135.00 | 0.00 | 0.00 |
| 677 | American Express Travel Related Services Co. | 8,162.97 | 0.00 | 0.00 |
| 678 | Annette Linn | 0.00 | 0.00 | 0.00 |
| 679 | Sing Bouapha | 0.00 | 0.00 | 0.00 |
| 680 | Southwestern Bell Telephone Company | 3,681.27 | 0.00 | 0.00 |
| 681 | BellSouth Telecommunications, Inc. | 273.46 | 0.00 | 0.00 |
| 682 | Lois Fields | 167.92 | 0.00 | 0.00 |
| 684 | AT&T Corp. | 286,180.28 | 0.00 | 0.00 |
| 685 | Aon Corporation | 82,363.58 | 0.00 | 0.00 |
| 686 | James Lynn Gregory | 0.00 | 0.00 | 0.00 |
| 687 | Gabriela Sanchez | 0.00 | 0.00 | 0.00 |
| 688 | United Oil Company, Inc. | 15,684.96 | 0.00 | 0.00 |
| 689 | Crown Cork & Seal USA, Inc. | 16,622.75 | 0.00 | 0.00 |
| 691 | Texas Comptroller of Public Accounts | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 3,264.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 661U | South Carolina Department of Revenue | 3,182.50 | 0.00 | 0.00 |
| 674 | Comptroller of Maryland | 82.00 | 0.00 | 0.00 |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Alfred T. Giuliano, Trustee (DE)
Trustee

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**